UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G.M. CROCETTI, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>Defendants. | **Civil Action No. 07-CV-6915**<br>**ECF CASE**<br><br>Adversary No. 08-01234<br>Bkcy. Case No. 07-10319<br><br>**DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record certifies that Defendant, Trataros Construction, Inc. (hereinafter "Trataros") is a non-governmental party, and is a privately held corporation organized under the laws of the State of New York, which has subsequently ceased business operations. Trataros is not a subsidiary of any parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record further certifies that the following are corporate parents, affiliates and/or subsidiaries of Defendant, Travelers Casualty and Surety Company, which are held publicly:

> Travelers Casualty and Surety Company is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family.

Dated:  Florham Park, New Jersey
       July 10, 2008

                                     Respectfully submitted,
                                     DREIFUSS BONACCI & PARKER, LLP

                                     _____/s/_____
                                     Eli J. Rogers (ER:6564)
                                     *Attorneys for Defendants,*
                                     *Trataros Construction, Inc. and Travelers*
                                     *Casualty and Surety Company*
                                     26 Columbia Turnpike, North Entrance
                                     Florham Park, New Jersey 07932
                                     973-514-1414