AUG. 5. 2008  2:41PM                                                                    NO. 6612   P. 2

JUL. 24. 2008 10:27AM    DREIFUSS BONACCI                              NO. 589   P. 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G.M. CROCETTI, INC.,

    Plaintiff,

vs.

TRATAROS CONSTRUCTION, INC. and
TRAVELERS CASUALTY AND SURETY
COMPANY,

    Defendants.

Civil Action No. 08-CV-6239 (DLC)
ECF CASE

Adversary No. 08-01234
Bkcy. Case No. 07-10319

STIPULATION SETTING
BRIEFING SCHEDULE FOR
MOTION TO WITHDRAW THE
REFERENCE FOR ADVERSARY
PROCEEDING NO. 08-01234

    WHEREAS, Defendants, Travelers Casualty and Surety Company ("Travelers") and Trataros Construction, Inc. ("Trataros") have moved to withdraw the reference to the United States Bankruptcy Court for the Southern District of New York for a certain adversary proceeding entitled G.M. Crocetti, Inc. v. Trataros Construction, Inc., et al., and bearing Adversary No. 08-01234; and

    WHEREAS, Plaintiff, G.M. Crocetti, Inc.'s ("Crocetti") papers in opposition to the Motion to Withdraw the Reference were due to be filed no later than July 18, 2008; and

    WHEREAS, pursuant to Crocetti's request made on July 21, 2008, Travelers and Trataros consent to extend the time for Crocetti to file and serve its opposition papers; and

    WHEREAS, the Defendants' reply papers in further support of its Motion to Withdraw the Reference are currently due to be filed no later than July 25, 2008; and

    WHEREAS, no previous extension of time has been granted in connection with Trataros' and Travelers' Motion to Withdraw the Reference; therefore it is hereby

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08

STIPULATED AND AGREED, by and between the undersigned, that the time within which Crocetti may electronically file and serve their opposition to the Defendants' Motion to Withdraw the Reference is extended up to August 8, 2008; it is

FURTHER STIPULATED AND AGREED, that the time for Trataros and Travelers to electronically file and serve its reply papers in further support of its Motion to Withdraw the Reference is extended to and including August 29, 2008; and it is

FURTHER STIPULATED AND AGREED, that this Stipulation may be executed in counterparts, and that for purposes of this Stipulation, facsimile signatures will have the same effect as original signatures.

HAROLD SALANT STRASSFIELD
& SPIELBERG
*Attorneys for Plaintiff,*
*G.M. Crocetti, Inc.*
81 Main Street
White Plains, New York 10601
Tel. No.: (914) 683-2500
By: _____
Leonard I. Spielberg (LIS:2506)

Dated: July 23, 2008

DREIFUSS BONACCI & PARKER, LLP
*Attorneys for Travelers Casualty and*
*Surety Company, and Trataros*
*Construction, Inc.*
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Tel. No.: (973) 514-1414
By: _____
Eli J. Rogers (ER:6564)
August 5, 2008
Dated: ~~July 23, 2008~~

_____
THE HONORABLE DENISE L. COTE, U.S.D.J.

August 8, 2008