**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>G.M. CROCETTI, INC.,<br><br>Debtor. | Bankruptcy Case No. 07-10319 (BRL) |
| G.M. CROCETTI, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>Defendants. | **Adversary No. 08-01234 (BRL)**<br>**Civil Action No. 08-CV- 6239 (DLC)**<br><br>**SUPPLEMENTAL DECLARATION**<br>**OF ELI J. ROGERS, ESQ.**<br>**IN FURTHER SUPPORT OF MOTION**<br>**FOR ORDER WITHDRAWING THE**<br>**REFERENCE FOR ADVERSARY**<br>**PROCEEDING NO. 08-01234** |

**ELI J. ROGERS, ESQ.**, of full age and under penalty of perjury, pursuant to 28 U.S.C.

§ 1746 and Local Civil Rule 1.10, declares as follows:

1.      I am associated with the law firm of Dreifuss Bonacci & Parker, LLP, attorneys

for Travelers Casualty and Surety Company ("Travelers") and Trataros Construction, Inc.

("Trataros") in this matter, and as such am fully familiar with the facts set forth herein.  I submit

this Supplemental Declaration in further support of Travelers' and Trataros' motion pursuant to

28 U.S.C.A. § 157(d) for an Order withdrawing the District Court's referral of the adversary

proceeding commenced by G.M. Crocetti, Inc. ("Crocetti") bearing Adversary No. 08-01234.

2.      On or about March 11, 2003, Crocetti transmitted to the Dormitory Authority -

State of New York ("DASNY") a claim letter containing a breakdown of the items of its claim.

Per this letter, Crocetti's claim consists of two general parts, one seeking payment for

"approved" work and extras, consisting of two sub-totals for $177,473.43 and 333,257.01,

respectively; and a separate portion seeking payment for "pending" (i.e, unapproved) "extras", valued at a sub-total of $567,834.64. This latter section of the claim seeks payment for items such as a "claim for lost productivity" in the amount of $369,000.00; a claim for the "balance due on escalation claim" in the amount of $26,000.00; a claim for additional overhead costs valued at $17,779.12; a claim for compensation for "premium time" in the amount of $31,291.96; and a claim for alleged extra work allegedly performed on a time and material basis, in the amount of $123,763.56. A true and correct copy of the March 11, 2003 claim letter from Crocetti to DASNY is attached hereto as **Exhibit A**.

3.      Attached hereto as **Exhibit B** are excerpts of a true and correct copy of the transcript of the deposition of Charles Bartlett, DASNY's Rule 30(b)(6) designee, taken on May 21, 2008.

4.      Attached hereto as **Exhibit C** are excerpts of a true and correct copy of the transcript of the deposition of Charles Bartlett, DASNY's Rule 30(b)(6) designee, taken on May 22, 2008.

5.      Attached hereto as **Exhibit D** is a true and correct copy of Change Order GC2-114, issued in connection with Trataros' work on the Project, relating to installation of hydraulic cement as "floor fill" in the "food servery area," in connection with the Project's terrazzo flooring work. The last page of the document attaches union work rates for Crocetti laborers.

6.      Attached hereto as **Exhibit E** is a true and correct copy of Change Order GC2-202, issued in connection with Trataros' work on the Project, relating to the installation of hydraulic cement "in areas left out by the underlayment subcontractor." The last four pages of the document attach labor rate worksheets for Crocetti laborers.

7.    On July 22, 2008, a Pre-Trial Conference was held before the Honorable Burton R. Lifland, U.S.B.J., in the adversary proceeding entitled G.M. Crocetti, Inc. v. Trataros Construction, Inc. et al., Adversary No. 08-01234 (BRL), pending before the United States Bankruptcy Court for the Southern District of New York (the "Adversary Proceeding"). To the best of my knowledge, that conference is the first and only conference which has been held to date in the Adversary Proceeding.

8.    An unopposed motion to stay the Adversary Proceeding has been filed by Travelers and Trataros. Crocetti has not submitted any opposition to the motion to stay.

9.    A true and correct copy of the Rule 26 Disclosures served in this action by DASNY is attached hereto as **Exhibit F**.

10.    Attached hereto as **Exhibit G** are excerpts of a true and correct copy of the transcript of the deposition of Craig Negus, Bartec Industries, Inc.'s Rule 30(b)(6) designee, taken on August 21, 2008. The excerpted portion of Mr. Negus' testimony discusses the installation of underlayment by TDX Construction Corp. in connection with the Project's epoxy terrazzo floors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: Florham Park, New Jersey
        August 29, 2008

_____/S/_____
**Eli J. Rogers, Esq.**

# EXHIBIT

# A



**VIA FACSIMILE & MAIL**
212-273-5121

March 11, 2003

Mr. Nick D'Ambrosio
Dormitory Authority State of New York
1 Penn Plaza
52nd Floor
New York, NY 10119

Re: Outstanding claims – Baruch College

Dear Mr. D'Ambrosio:

G.M. Crocetti, Inc. is a subcontractor to Trataros Construction, Inc. on the Baruch College contract.

There is $901,091.65 due G.M. Crocetti, Inc. I have enclosed a summary of our account for your review along with the current requisition.

At this time I am requesting that you as head of this project schedule a meeting of all concerned parties to meet and resolve the outstanding items. My office has been in touch with TDX, Trataros and DASNY to resolve the matter, however we have had only limited success due to the following:

1. There are questions as to responsibility between TDX and Trataros as concerns the extras.
2. There is a question as to why the terrazzo is delaminating from the substrate. Some of the extras concern this issue. Attached is a copy of G.M. Crocetti, Inc. letter to TDX, dated March 11 2003, in connection with the foregoing issue.
3. Final settlement of the claim for lost productivity is contingent upon settling all outstanding items referred to above in item 1 & 2.

CR1485

At your earliest convenience please give me a call to discuss any questions that you may have or to arrange a meeting with TDX and Trataros at your office. We look forward to hearing from you. Thank you for your anticipated prompt attention to this request.

Sincerely,
G.M. Crocetti, Inc.

Joseph A. Cantatore
Controller

Enclosures:  Analysis of balance due
Current requisition

Cc:  Arthur Cavazzi, Pres., G.M. Crocetti, Inc.
Vincent Anastasi, Vice Pres., G.M. Crocetti, Inc.
Gary Marcus, Terrazzo Manager, G.M. Crocetti, Inc.

**VIA FACSIMILE:**

TDX Constructin Corporation
Attention:    Mr. Jim Jones, President (212-279-1983)

Dormitory Authority of the State of New York
Attention:    Mr. Jack Kemp, Chief of Construction (518-257-3468)
Mr. John Muller (518-257-3100)

Trataros Construction, Inc.
Attention:    Mr. Costas Trataros, Pres. (718-238-4462)
Ms. Athena Curis, Proj. Mgr. (718-238-4462)

CR1486

### Analysis of Balance Due Crocetti - Baruch College

| | | |
|---|---:|---:|
| Base Contract: | $3,008,000.00 | |
| Total Extras Approved Prior to 10/15/02 | $266,734.29 | |
| | | $3,274,734.29 |
| | | |
| **Payments Received to Date:** | | |
| Check # 13378 - Received 3/21/00   (90% Bond) | $36,000.00 | |
| Check # 18417 - Received 12/26/00 | $97,589.70 | |
| Check # 18994 - Received 1/24/01 | $137,310.30 | |
| Check # 19512 - Received 2/22/01 | $216,000.00 | |
| Check # 20064 - Received 3/26/01 | $155,700.00 | |
| Check # 20617 - Received 4/25/01 | $228,600.00 | |
| Check # 21133 - Received 5/24/01 | $39,826.00 | |
| Check # 21132 - Received 5/24/01 | $130,063.00 | |
| Check # 21735 - Received 6/22/01 | $150,135.70 | |
| Check # 22423 - Received 7/25/01 | $174,642.75 | |
| Check # 22881 - Received 8/24/01 | $207,924.30 | |
| Check # 23494 - Received 9/27/01 | $208,863.90 | |
| Check # 24065 - Received 10/26/01 | $373,468.50 | |
| Check # 24485 - Received 11/27/01 | $143,609.40 | |
| Check # 24956 - Received 12/27/01 | $93,878.39 | |
| Check # 25542 - Received 1/30/02 | $210,024.67 | |
| Check # 25929 - Received 2/27/02 | $188,264.25 | |
| Check # 26218 - Received 4/5/02 | $81,216.00 | |
| Check # 26803 - Received 5/14/02 | $54,144.00 | |
| Check # 26793 - Received 5/14/02 | $20,000.00 | |
| Check # 30118 - Received 10/15/02 | $150,000.00 | |
| | $3,097,260.86 | ($3,097,260.86) |
| | | |
| Subtotal - | | $177,473.43 |
| | | |
| **Extras Approved Subsequent to 10/15/02:** | | |
| # GC2-169 - T&M | $21,303.77 | |
| #GC2-182 - T&M | $19,454.90 | |
| CO # 006 - Added Premium Time | $115,024.91 | |
| | $155,783.58 | $155,783.58 |
| | | $333,257.01 |
| | | |
| **Pending Extras:** | | |
| Premium Time | $31,291.96 | |
| Extra Work (Time & Material) | $123,763.56 | |
| Balance Due on Escalation Claim | $26,000.00 | |
| Claim for Lost Productivity | $369,000.00 | |
| Overhead Costs | $17,779.12 | |
| | $567,834.64 | $567,834.64 |
| | | |
| **Total Owed to GM Crocetti Inc.** | | $901,091.65 |

CR1487

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702 (Instructions on reverse side)   PAGE ONE OF    PAGES

| | |
|---|---|
| TO OWNER: | PROJECT: |
| Trataros Construction Inc. | Baruch College |
| 664 64th Street | Site B |
| Brooklyn, NY 11220 | |
| Attn. Jonathan Horowitz | |
| FROM CONTRACTOR: | VIA ARCHITECT: |
| G.M. Crocetti, Inc. | |
| 3960 Merritt Ave. | |
| Bronx, NY 10466 | |

APPLICATION No: 29-Rev.2
PERIOD TO: 2/28/03
PROJECT NO.:

CONTRACT DATE:

98106

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐
☐

CONTRACT FOR:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1 ORIGINAL CONTRACT SUM .................. | $ | $3,008,000.00 |
| 2. Net change by Change Orders ............ | $ | $990,352.51 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2)........ | $ | $3,998,352.51 |
| 4. TOTAL COMPLETED & STORED TO DATE ...... | $ | $3,998,352.51 |
| (Column G on G703) | | |
| 5. RETAINAGE: | | |
| a. _____% of Completed Work | $ | $0.00 |
| (Columns D + E on G703) | | |
| b. _____% of Stored Material | $ | |
| (Column F on G703) | | |
| Total Retainage (Line 5a + 5b or | | |
| Total in Column I of G703)........ | | $0.00 |
| 6. TOTAL EARNED LESS RETAINAGE ........... | $ | $3,998,352.51 |
| (Line 4 less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT . | $ | $3,097,260.86 |
| (Line 6 from prior Certificate) | | |
| 8. CURRENT PAYMENT DUE ................. | $ | $901,091.65 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | $ | |
| (Line 3 less Line 6) | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: G.M. Crocetti Inc.

By: _____   V.P.   Date: 2/26/03

State of: New York
County of: Bronx
Subscribed and sworn to before me this 26th day of February, 2003

Notary Public: _____

My Commission expires:

MICHAEL ZANZANO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 60 468-7765
QUALIFIED IN WESTCHESTER COUNTY
CERTIFIED FILED IN BRONX COUNTY
COMMISSION EXPIRES AUGUST 31, 2005

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ..................................
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)
ARCHITECT:
By: _____   Date: _____
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • 1992 EDITION • AIA® • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, DC 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

CAUTION: You should use an original AIA document which has this caution printed in red.

**Trade Payment Breakdown**

General Contractor: Tratoros Construction Inc.  
PROJECT NAME: Baruch College  
General Contractor Number: 98106  
Job Site Number:

G.M. Crocetti, Inc.  
3900 Merritt Ave.  
Bronx, NY 10466

Application Number:  
Application Date: 26-Feb-03  
Period To: 1/31/03  
Project Number:  

28

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| Quantity | Description Of Work | Scheduled Value | Work Completed From Previous Requisitions | Work Completed This Period | Materials Presently Stored | Total Completed & Stored To Date | % | Balance To Finish | Retainage 0.0% |
| | **TERRAZZO** | | | | | | | | |
| | **Epoxy** | | | | | | | | |
| | 14th Floor - Epoxy | $221,150.00 | $221,150.00 | | | $221,150.00 | 100% | $0.00 | $0.00 |
| | 13th Floor - Epoxy | $132,600.00 | $132,600.00 | | | $132,600.00 | 100% | $0.00 | $0.00 |
| | 12th Floor - Epoxy | $96,265.00 | $96,265.00 | | | $96,265.00 | 100% | $0.00 | $0.00 |
| | 11th Floor - Epoxy | $167,800.00 | $167,800.00 | | | $167,800.00 | 100% | $0.00 | $0.00 |
| | 10th Floor - Epoxy | $93,350.00 | $93,350.00 | | | $93,350.00 | 100% | $0.00 | $0.00 |
| | 9th Floor - Epoxy | $93,700.00 | $93,700.00 | | | $93,700.00 | 100% | $0.00 | $0.00 |
| | 8th Floor - Epoxy | $210,000.00 | $210,000.00 | | | $210,000.00 | 100% | $0.00 | $0.00 |
| | 7th Floor - Epoxy | $62,980.00 | $62,980.00 | | | $62,980.00 | 100% | $0.00 | $0.00 |
| | 6th Floor - Epoxy | $70,400.00 | $70,400.00 | | | $70,400.00 | 100% | $0.00 | $0.00 |
| | 5th Floor - Epoxy | $126,750.00 | $126,750.00 | | | $126,750.00 | 100% | $0.00 | $0.00 |
| | 4th Floor - Epoxy | $85,000.00 | $85,000.00 | | | $85,000.00 | 100% | $0.00 | $0.00 |
| | 3rd Floor - Epoxy | $92,600.00 | $92,600.00 | | | $92,600.00 | 100% | $0.00 | $0.00 |
| | 2nd Floor - Epoxy | $338,200.00 | $338,200.00 | | | $338,200.00 | 100% | $0.00 | $0.00 |
| | Ground Floor - Epoxy | $435,420.00 | $435,420.00 | | | $435,420.00 | 100% | $0.00 | $0.00 |
| | Cellar - Epoxy | $94,900.00 | $94,900.00 | | | $94,900.00 | 100% | $0.00 | $0.00 |
| | Sub Cellar - Epoxy | $193,500.00 | $193,500.00 | | | $193,500.00 | 100% | $0.00 | $0.00 |
| | 2nd Sub Cellar - Epoxy | $123,400.00 | $123,400.00 | | | $123,400.00 | 100% | $0.00 | $0.00 |
| | **Total - Epoxy** | $2,638,015.00 | $2,638,015.00 | $0.00 | $0.00 | $2,638,015.00 | 100% | $0.00 | $0.00 |
| | **Precast** | | | | | | | | |
| | 14th Floor - Precast Stairs | $19,002.00 | $19,002.00 | | | $19,002.00 | 100% | $0.00 | $0.00 |
| | 13th Floor - Precast Stairs | $30,667.00 | $30,667.00 | | | $30,667.00 | 100% | $0.00 | $0.00 |
| | 12th Floor - Precast Stairs | $30,667.00 | $30,667.00 | | | $30,667.00 | 100% | $0.00 | $0.00 |
| | 11th Floor - Precast Stairs | $30,666.00 | $30,666.00 | | | $30,666.00 | 100% | $0.00 | $0.00 |
| | 10th Floor - Precast Stairs | $13,000.00 | $13,000.00 | | | $13,000.00 | 100% | $0.00 | $0.00 |
| | 9th Floor - Precast Stairs | $13,000.00 | $13,000.00 | | | $13,000.00 | 100% | $0.00 | $0.00 |
| | 8th Floor - Precast Stairs | $13,000.00 | $13,000.00 | | | $13,000.00 | 100% | $0.00 | $0.00 |
| | 7th Floor - Precast Stairs | $13,000.00 | $13,000.00 | | | $13,000.00 | 100% | $0.00 | $0.00 |
| | 6th Floor - Precast Stairs | $13,000.00 | $13,000.00 | | | $13,000.00 | 100% | $0.00 | $0.00 |
| | 5th Floor - Precast Stairs | $13,000.00 | $13,000.00 | | | $13,000.00 | 100% | $0.00 | $0.00 |
| | 4th Floor - Precast Stairs | $13,000.00 | $13,000.00 | | | $13,000.00 | 100% | $0.00 | $0.00 |
| | 3rd Floor - Precast Stairs | $13,000.00 | $13,000.00 | | | $13,000.00 | 100% | $0.00 | $0.00 |
| | 2nd Floor - Precast Stairs | $13,000.00 | $13,000.00 | | | $13,000.00 | 100% | $0.00 | $0.00 |
| | Ground Floor - Precast Stairs | $12,500.00 | $12,500.00 | | | $12,500.00 | 100% | $0.00 | $0.00 |
| | Cellar - Precast Stairs | $12,483.00 | $12,483.00 | | | $12,483.00 | 100% | $0.00 | $0.00 |
| | Sub Cellar - Precast Stairs | $9,000.00 | $9,000.00 | | | $9,000.00 | 100% | $0.00 | $0.00 |
| | **Total- Precast Stairs** | $261,985.00 | $261,985.00 | $0.00 | $0.00 | $261,985.00 | 100% | $0.00 | $0.00 |
| | **Subtotal - Epoxy & Precast** | $2,900,000.00 | $2,900,000.00 | $0.00 | $0.00 | $2,900,000.00 | 100% | $0.00 | $0.00 |

CR1489

**Trade Payment Breakdown**

General Contractor: Trataros Construction Inc.  
PROJECT NAME: Baruch College  
General Contractor Number:  
Job Site Number: 98106  

G.M. Crocetti, Inc.  
3900 Merritt Ave.  
Bronx, NY 10466  

Application Number: 28  
Application Date: 26-Feb-03  
Period To: 1/31/03  
Project Number:

| A Quantity | B Description Of Work | C Scheduled Value | D Work Completed From Previous Requisitions | E Work Completed This Period | F Materials Presently Stored | G Total Completed & Stored To Date | % | H Balance To Finish | I Retainage 0.0% |
|---|---|---|---|---|---|---|---|---|---|
| | **STONE WORK** | $68,000.00 | $68,000.00 | | | $68,000.00 | 100% | $0.00 | $0.00 |
| | **BOND** | $40,000.00 | $40,000.00 | | | $40,000.00 | 100% | $0.00 | $0.00 |
| | **Total Base Contract** | $3,008,000.00 | $3,008,000.00 | | $0.00 | $3,008,000.00 | 100% | $0.00 | $0.00 |
| | **Approved Extras:** | | | | | | | | |
| | CO # 001 13th Floor Terrazzo | $41,510.00 | $41,510.00 | | | $41,510.00 | 100% | $0.00 | $0.00 |
| | CO # 002 Abrasive In-fills @ Stair #3 | $3,750.00 | $3,750.00 | | | $3,750.00 | 100% | $0.00 | $0.00 |
| | CO # 003 Servery In-fill (Ground A) | $40,000.00 | $40,000.00 | | | $40,000.00 | 100% | $0.00 | $0.00 |
| | CO # 004 Premium Time (Partial) | $31,474.29 | $31,474.29 | | | $31,474.29 | 100% | $0.00 | $0.00 |
| | CO # 005 Delay Claim (Partial Pmt) | $150,000.00 | $150,000.00 | | | $150,000.00 | 100% | $0.00 | $0.00 |
| | GC2-169 Subject # 1523 (T&M) | $21,303.77 | | $21,303.77 | | $21,303.77 | 100% | $0.00 | $0.00 |
| | GC2-182 Subject NO# 1288 (T&M) | $19,454.90 | | $19,454.90 | | $19,454.90 | 100% | $0.00 | $0.00 |
| | CO # 006 Rev. 2 - Premium Time (Balance of Approved to Date) | $115,024.91 | | $115,024.91 | | $115,024.91 | 100% | $0.00 | $0.00 |
| | **Total Approved Extras** | $422,517.87 | $266,734.29 | $155,783.58 | $0.00 | $422,517.87 | 100% | $0.00 | $0.00 |
| | **Contract & Approved Extras** | $3,430,517.87 | $3,274,734.29 | $155,783.58 | $0.00 | $3,430,517.87 | 100% | $0.00 | $0.00 |
| | **Pending Extras** | | | | | | | | |
| | **Premium Time** | | | | | | | | |
| | C-10608 3563 - Installed Epoxy in Hollow Areas @ PT | $387.45 | $387.45 | | | $387.45 | 100% | $0.00 | $0.00 |
| | C-10625 3511 - Ground/Polished Hollow Areas @ PT & DT | $598.20 | $598.20 | | | $598.20 | 100% | $0.00 | $0.00 |
| | C-10626 3507 - Drilled Holes in Hollow Areas/Grind Patch @ PT | $585.48 | $585.48 | | | $585.48 | 100% | $0.00 | $0.00 |
| | C-10627 3505 - Ground/Polished Hollow Areas @ PT | $381.15 | $381.15 | | | $381.15 | 100% | $0.00 | $0.00 |
| | C-10628 3503 - Ground/Polished Hollow Areas @ PT | $381.15 | $381.15 | | | $381.15 | 100% | $0.00 | $0.00 |
| | C-10631 3501- Installed Terrazzo in Hollow Areas @ PT | $402.36 | $402.36 | | | $402.36 | 100% | $0.00 | $0.00 |
| | C-10637 3583 - Repaired Hollow Areas - Ground Fl @ DT | $697.69 | $697.69 | | | $697.69 | 100% | $0.00 | $0.00 |
| | C-10638 3582 - Repaired Hollow Areas - G. Fl. Sat. 1/26/02 | $387.45 | $387.45 | | | $387.45 | 100% | $0.00 | $0.00 |
| | C-10642 3594 - Polished & Sealed Patches @ PT | $366.24 | $366.24 | | | $366.24 | 100% | $0.00 | $0.00 |
| | C-10644 3592 - Ground Patches on 1st Floor @ PT | $366.24 | $366.24 | | | $366.24 | 100% | $0.00 | $0.00 |
| | C-10646 3590 - Ground Patches on 1st Floor @ PT | $366.24 | $366.24 | | | $366.24 | 100% | $0.00 | $0.00 |
| | C-10648 3588 - Ground Hollow Patches on Ground Floor @ PT | $366.24 | $366.24 | | | $366.24 | 100% | $0.00 | $0.00 |
| | C-10649 3587 - Grind Hollow Areas on Ground Floor @ PT/DT | $598.20 | $598.20 | | | $598.20 | 100% | $0.00 | $0.00 |
| | C-10928 2165 - Premium Time Sat. 8/25/01 | $549.35 | $549.35 | | | $549.35 | 100% | $0.00 | $0.00 |
| | C-11369 3540 - Ground Hollow Areas @ PT | $198.03 | $198.03 | | | $198.03 | 100% | $0.00 | $0.00 |
| | C-11370 3541 - Ground/Polished Hollow Areas @ PT | $381.15 | $381.15 | | | $381.15 | 100% | $0.00 | $0.00 |
| | C-11371 3545 - Drilled Holes/Ground Hollow Areas -7th Fl @PT | $768.60 | $768.60 | | | $768.60 | 100% | $0.00 | $0.00 |
| | C-11372 3549 - Drilled Holes, Ground Patches & Filled @ PT | $768.60 | $768.60 | | | $768.60 | 100% | $0.00 | $0.00 |
| | C-11373 3550 - Ground/Polished Hollow Areas- Low Fls. @ PT | $564.27 | $564.27 | | | $564.27 | 100% | $0.00 | $0.00 |
| | C-11374 3524 - Installed Terrazzo Patches- 12th Floor @ PT | $387.45 | $387.45 | | | $387.45 | 100% | $0.00 | $0.00 |

**Trade Payment Breakdown**

General Contractor:
PROJECT NAME:
General Contractor Number:
Job Site Number:

Traxaros Construction Inc.
Baruch College

98106

G.M. Crocetti, Inc.
3900 Merritt Ave.
Bronx, NY 10466

Application Number:
Application Date:     26-Feb-03    28
Period To:           1/31/03
Project Number:

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | Work Completed | | | | | | Retainage |
| Quanity | Description Of Work | Scheduled Value | From Previous Requisitions | This Period | Materials Presently Stored | Total Completed & Stored To Date | % | Balance To Finish | 0.0% |
| | **Premium Time** | | | | | | | | |
| C-11375 | 3517 - "Patching Done @ Hollow Areas @ PT | $387.45 | $387.45 | | | $387.45 | 100% | $0.00 | $0.00 |
| C-11376 | 3522 - "Worked on 12th Floor Hollow Areas @ PT | $387.45 | $387.45 | | | $387.45 | 100% | $0.00 | $0.00 |
| C-11377 | 3520 - Filled Hollow Areas- Upper Floors @ PT | $387.45 | $387.45 | | | $387.45 | 100% | $0.00 | $0.00 |
| C-11378 | 3519 - Patching Done to Hollow Areas @ PT | $570.57 | $570.57 | | | $570.57 | 100% | $0.00 | $0.00 |
| C-11379 | 3538 - 'Grinding Done - Hollow Areas @ PT | $198.03 | $198.03 | | | $198.03 | 100% | $0.00 | $0.00 |
| C-11380 | 3558 - Worked @Hollow Areas, Caulking @ PT | $387.45 | $387.45 | | | $387.45 | 100% | $0.00 | $0.00 |
| C-11381 | 3534 - Repaired/Ground Hollow Areas Fl. 3-12 @ PT | $387.45 | $387.45 | | | $387.45 | 100% | $0.00 | $0.00 |
| C-11382 | 3532 - Repairs to Hollow Areas - Fl. 3-12 @ PT | $387.45 | $387.45 | | | $387.45 | 100% | $0.00 | $0.00 |
| C-11400 | 3526 - Grinding of Hollow Areas - 12th Fl. @ PT | $381.15 | $381.15 | | | $381.15 | 100% | $0.00 | $0.00 |
| C-11641 | 0884 - Come Back to 3rd Fl. Sat. 8/4 & Sun 8/5/01 | $1,191.45 | $1,191.45 | | | $1,191.45 | 100% | $0.00 | $0.00 |
| C-11642 | 0893 - Premium Time 8/12/02- 8/18/01 | $6,143.75 | $6,143.75 | | | $6,143.75 | 100% | $0.00 | $0.00 |
| C-11653 | 2541 - Premium Time 7/2/01 (Mon. Night) | $272.06 | $272.06 | | | $272.06 | 100% | $0.00 | $0.00 |
| C-11654 | 2542 - Premium Time 7/3/01 (Tues. Night) | $219.74 | $219.74 | | | $219.74 | 100% | $0.00 | $0.00 |
| C-11655 | 2543 - Premium Time 7/5/01 (Thurs. Night). | $429.16 | $429.16 | | | $429.16 | 100% | $0.00 | $0.00 |
| C-11656 | 2544 - Premium Time 7/6/01 (Fri. Night) | $376.84 | $376.84 | | | $376.84 | 100% | $0.00 | $0.00 |
| C-11657 | 2545 - Premium Time - Sat 7/7/01 | $1,685.67 | $1,685.67 | | | $1,685.67 | 100% | $0.00 | $0.00 |
| C-11661 | 3000 - Premium Time - 8/13/01- 8/17/01 | $747.39 | $747.39 | | | $747.39 | 100% | $0.00 | $0.00 |
| C-11662 | 3001 - Lost Premium Time - 8/15/01(No Power) | $427.08 | $427.08 | | | $427.08 | 100% | $0.00 | $0.00 |
| C-11663 | 3002 - Fabricate/Grind Steps in Shop Sat & Sun | $2,162.09 | $2,162.09 | | | $2,162.09 | 100% | $0.00 | $0.00 |
| C-11673 | 2178 - Ground Patches Sat. 1/26 & Sun 1/27 | $1,066.17 | $1,066.17 | | | $1,066.17 | 100% | $0.00 | $0.00 |
| C-11677 | 2177 - Reinstalled Terr.due to Underlay. @ DT | $312.27 | $312.27 | | | $312.27 | 100% | $0.00 | $0.00 |
| 880 | Work in Shop on Steps Sat. 8/4/02 (Ltr 10/02/01) | $585.48 | $585.48 | | | $585.48 | 100% | $0.00 | $0.00 |
| 881 | Work in Shop on Steps Sun. 8/5/02 (Ltr 10/2/01) | $1,055.67 | $1,055.67 | | | $1,055.67 | 100% | $0.00 | $0.00 |
| 882 | Work in Shop on Steps Sat. 8/11/02 (Ltr 10/2/01) | $585.48 | $585.48 | | | $585.48 | 100% | $0.00 | $0.00 |
| 883 | Work in Shop on Steps Sun. 8/12/02 (Ltr 10/2/01) | $1,055.67 | $1,055.67 | | | $1,055.67 | 100% | $0.00 | $0.00 |
| | **Subtotal - Premium Time** | $31,291.96 | $31,291.96 | $0.00 | | $31,291.96 | 100% | $0.00 | $0.00 |
| | **Extra Work (Straight Time Only)** | | | | | | | | |
| C-10554 | #3135 - Latex Membrane w/Mesh on B1 & B2 | $4,198.89 | $4,198.89 | | | $4,198.89 | 100% | $0.00 | $0.00 |
| C-10578 | #2174 - Chopped Out Hollow Conflow/Filled w/Cement | $863.67 | $863.67 | | | $863.67 | 100% | $0.00 | $0.00 |
| C-10580 | #2172 - Removed Terrazzo & Chipped out Conflow | $805.01 | $805.01 | | | $805.01 | 100% | $0.00 | $0.00 |
| C-10600 | #3577 - Filled in Hollow Areas w/Epoxy on Ground Floor | $570.62 | $570.62 | | | $570.62 | 100% | $0.00 | $0.00 |
| C-10608 | #3569 - Filled in Hollow Areas on Ground Floor | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| C-10625 | #3511 - Grinded Hollow Area Patches Sat Night | $1,066.03 | $1,066.03 | | | $1,066.03 | 100% | $0.00 | $0.00 |
| C-10626 | #3507 - Grinded Hollow Area Patches Sat Night | $1,636.66 | $1,636.66 | | | $1,636.66 | 100% | $0.00 | $0.00 |
| C-10627 | #3505 - Grinded Hollow Area Patches | $1,066.03 | $1,066.03 | | | $1,066.03 | 100% | $0.00 | $0.00 |
| C-10628 | #3503 - Grinded Hollow Area Patches | $1,066.03 | $1,066.03 | | | $1,066.03 | 100% | $0.00 | $0.00 |
| C-10631 | #3501 - Installed Epoxy Terrazzo - 2nd Floor | $1,127.02 | $1,127.02 | | | $1,127.02 | 100% | $0.00 | $0.00 |
| C-10635 | #3579 - Drilled Holes in Hollow Areas on Ground Floor | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| | | 98106 | 98106 | | | | | | Page 3 |

**Trade Payment Breakdown**

General Contractor: Traturos Construction Inc.  
PROJECT NAME: Baruch College  
General Contractor Number:  
Job Site Number: 98106

G.M. Crocetti, Inc.  
3900 Merritt Ave  
Bronx, NY 10466

Application Number: 28  
Application Date: 26-Feb-03  
Period To: 1/31/03  
Project Number:

| A Quantity | B Description Of Work | C Scheduled Value | D Work Completed From Previous Requisitions | E This Period | F Materials Presently Stored | G Total Completed & Stored To Date | % | H Balance To Finish | I Retainage 0.0% |
|---|---|---|---|---|---|---|---|---|---|
| | **Extra Work (Straight Time Only)** | | | | | | | | |
| C-10636 | #3584 - Repaired Hollow Areas on Ground Floor | $2,127.83 | $2,127.83 | | | $2,127.83 | 100% | $0.00 | $0.00 |
| C-10637 | #3583 - Repaired Hollow Areas on Ground Floor | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| C-10638 | #3582 - Repaired Hollow Areas on Ground Floor | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| C-10639 | #3581 - Repaired Hollow Areas on Ground Floor | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| C-10640 | #3580 - Drilled Holes in Hollow Areas on Ground Floor | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| C-10641 | #3578 - Filled in Cracks with Epoxy on Ground Floor | $570.62 | $570.62 | | | $570.62 | 100% | $0.00 | $0.00 |
| C-10642 | #3594 - Polish & Seal Patches | $1,019.28 | $1,019.28 | | | $1,019.28 | 100% | $0.00 | $0.00 |
| C-10644 | #3592 - Grinding Done on Patches - 1st Floor | $1,019.28 | $1,019.28 | | | $1,019.28 | 100% | $0.00 | $0.00 |
| C-10645 | #3591 - Polish New Floor @ Sports Lobby | $2,085.31 | $2,085.31 | | | $2,085.31 | 100% | $0.00 | $0.00 |
| C-10646 | #3590 - Grinding Done on Patches - 1st Floor | $1,019.28 | $1,019.28 | | | $1,019.28 | 100% | $0.00 | $0.00 |
| C-10647 | #3589 - Grinding Done on Floor in Sports Lobby | $2,085.31 | $2,085.31 | | | $2,085.31 | 100% | $0.00 | $0.00 |
| C-10648 | #3588 - Grinding Done on Hollow Patches on Ground Flo | $1,019.28 | $1,019.28 | | | $1,019.28 | 100% | $0.00 | $0.00 |
| C-10649 | #3587 - Grinding & Polishing Hollow Areas -Ground Floor | $1,066.03 | $1,066.03 | | | $1,066.03 | 100% | $0.00 | $0.00 |
| C-10650 | #3586 - Ground New Floor @ Sports Lobby | $2,085.31 | $2,085.31 | | | $2,085.31 | 100% | $0.00 | $0.00 |
| C-10929 | #2153 - Filled in Areas @ Elevators | $1,365.39 | $1,365.39 | | | $1,365.39 | 100% | $0.00 | $0.00 |
| C-10930 | #2154 - Filled in Areas @ Elevators | $962.31 | $962.31 | | | $962.31 | 100% | $0.00 | $0.00 |
| C-10931 | #2155 - Chop Out Underlay/Fill w/Cement | $722.66 | $722.66 | | | $722.66 | 100% | $0.00 | $0.00 |
| C-10932 | #2156 - Filled in Areas @ Elevators | $1,014.95 | $1,014.95 | | | $1,014.95 | 100% | $0.00 | $0.00 |
| C-10933 | #2157 - Filled in Areas @ Staircase | $1,212.86 | $1,212.86 | | | $1,212.86 | 100% | $0.00 | $0.00 |
| C-10934 | #2151 - Fill in Various Areas | $755.33 | $755.33 | | | $755.33 | 100% | $0.00 | $0.00 |
| C-10935 | #2164 - Lost Time - School Orientation 8/24/02 | $1,234.54 | $1,234.54 | | | $1,234.54 | 100% | $0.00 | $0.00 |
| C-10936 | #2163- Patch Terrazzo @ Bookstore | $846.64 | $846.64 | | | $846.64 | 100% | $0.00 | $0.00 |
| C-10994 | #2101 - Remove/Reinstall Underlayment | $2,243.91 | $2,243.91 | | | $2,243.91 | 100% | $0.00 | $0.00 |
| C-10995 | #2106 - Fill in Areas with Underlayment | $1,541.62 | $1,541.62 | | | $1,541.62 | 100% | $0.00 | $0.00 |
| C-10996 | #2107 - Fill in Areas with Underlayment | $1,033.42 | $1,033.42 | | | $1,033.42 | 100% | $0.00 | $0.00 |
| C-10997 | #2115 - Chop Out Underlay/Fill w/Cement | $2,722.89 | $2,722.89 | | | $2,722.89 | 100% | $0.00 | $0.00 |
| C-10998 | #2124 - Installed New Terrazzo (Loose Underlay) | $2,498.25 | $2,498.25 | | | $2,498.25 | 100% | $0.00 | $0.00 |
| C-10999 | #2132 - Filled in Areas @ Elevators | $1,408.78 | $1,408.78 | | | $1,408.78 | 100% | $0.00 | $0.00 |
| C-11000 | #1702 - Remove/Reinstall Underlayment | $1,543.06 | $1,543.06 | | | $1,543.06 | 100% | $0.00 | $0.00 |
| C-11001 | #2103 - Remove/Reinstall Underlayment | $2,207.20 | $2,207.20 | | | $2,207.20 | 100% | $0.00 | $0.00 |
| C-11002 | #2104 - Filled in Areas @ Elevators | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| C-11003 | #2105 - Filled in Areas @ Elevators | $1,033.42 | $1,033.42 | | | $1,033.42 | 100% | $0.00 | $0.00 |
| C-11004 | #2109 - Filled in Areas @ Elevators | $458.30 | $458.30 | | | $458.30 | 100% | $0.00 | $0.00 |
| C-11005 | #2112 - Fill in Areas with Underlayment | $1,033.42 | $1,033.42 | | | $1,033.42 | 100% | $0.00 | $0.00 |
| C-11006 | #2113 - Fill in Areas with Flex Membrane | $590.53 | $590.53 | | | $590.53 | 100% | $0.00 | $0.00 |
| C-11007 | #2126 - Fill in Areas with Underlayment | $1,509.78 | $1,509.78 | | | $1,509.78 | 100% | $0.00 | $0.00 |
| C-11008 | #2127 - Ground New Terrazzo (Replaced Old) | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| C-11009 | #2128 - Ground New Terrazzo (Replaced Old) | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| C-11010 | #2129 - Ground New Terrazzo (Replaced Old) | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| C-11011 | #2130 - Polished New Terrazzo (Replaced Old) | $509.64 | $509.64 | | | $509.64 | 100% | $0.00 | $0.00 |
| C-11012 | #2131 - Cleaned/Sealed New Terrazzo | $364.03 | $364.03 | | | $364.03 | 100% | $0.00 | $0.00 |
| C-11013 | #2133 - Filled in Areas @ Elevators | $690.10 | $690.10 | | | $690.10 | 100% | $0.00 | $0.00 |

CR1492

**Trade Payment Breakdown**

General Contractor:
PROJECT NAME:
General Contractor Number:
Job Site Number:

Trataros Construction Inc.
Baruch College
98106

G.M. Crocetti, Inc.
3900 Merritt Ave.
Bronx, NY 10466

Application Number: 28
Application Date: 26-Feb-03
Period To: 1/31/03
Project Number:

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| Quantity | Description Of Work | Scheduled Value | From Previous Requisitions | Work Completed This Period | Materials Presently Stored | Total Completed & Stored To Date | | Balance To Finish | Retainage 0.0% |
| | **Extra Work** | | | | | | | | |
| | C-11030 #3010 - Ground Terrazzo Floor Where Wall Removed | $456.87 | $456.87 | | | $456.87 | 100% | $0.00 | $0.00 |
| | C-11262 #2166 - Filled Theater Lobby w/Hydraulic Cement | $2,224.34 | $2,224.34 | | | $2,224.34 | 100% | $0.00 | $0.00 |
| | C-11263 #2167 - Fill in Bridge by Serving Area | $1,793.12 | $1,793.12 | | | $1,793.12 | 100% | $0.00 | $0.00 |
| | C-11298 #2162 - Epoxy-Sand Mix @ Escalators | $733.48 | $733.48 | | | $733.48 | 100% | $0.00 | $0.00 |
| | C-11299 #2161 - Epoxy-Sand Mix @ Revolving Doors | $1,559.59 | $1,559.59 | | | $1,559.59 | 100% | $0.00 | $0.00 |
| | C-11300 #2159 - Fill Hallway w/Epoxy-Sand Mix | $1,474.29 | $1,474.29 | | | $1,474.29 | 100% | $0.00 | $0.00 |
| | C-11351 #3585 - Repaired Hollow Areas on Ground Floor | $1,171.96 | $1,171.96 | | | $1,171.96 | 100% | $0.00 | $0.00 |
| | C-11369 #3540 - Grinding Done in Hollow Areas | $556.39 | $556.39 | | | $556.39 | 100% | $0.00 | $0.00 |
| | C-11370 #3541 - Grinding Done in Hollow Areas | $1,066.03 | $1,066.03 | | | $1,066.03 | 100% | $0.00 | $0.00 |
| | C-11371 #3545 -Grinding Done in Hollow Areas - 7th Floor & Lower | $2,146.30 | $2,146.30 | | | $2,146.30 | 100% | $0.00 | $0.00 |
| | C-11372 #3549 - Drilled Holes Ground Patches & Filled Hollow Are | $2,146.30 | $2,146.30 | | | $2,146.30 | 100% | $0.00 | $0.00 |
| | C-11373 #3550 - Grinding & Polishing Hollow Areas -Lower Floors | $1,575.67 | $1,575.67 | | | $1,575.67 | 100% | $0.00 | $0.00 |
| | C-11374 #3524 - Installed Terrazzo on Patches on 12th Floor | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| | C-11375 #3517 - Patching Done to Hollow Areas on Upper Floors | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| | C-11376 #3522 - Worked on 12th Floor Hollow Areas | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| | C-11377 #3520 - Filled Holes on Upper Floors w/Hollow Areas | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| | C-11378 #3519 - Patching & Grinding done to Hollow Areas | $1,589.90 | $1,589.90 | | | $1,589.90 | 100% | $0.00 | $0.00 |
| | C-11379 #3538 - Grinding Done in Hollow Areas | $556.39 | $556.39 | | | $556.39 | 100% | $0.00 | $0.00 |
| | C-11380 #3536 - Worked on Hollow Areas and Caulking on B-2 | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| | C-11381 #3534 - Repairing & Grinding done to Hollow Areas | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| | C-11382 #3532 - Repairing & Grinding done to Hollow Areas | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| | C-11388 #3509 - Work performed on B-2 and 13-14th Floors | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| | C-11399 #3537 - Polished Landing Off Sports Lobby | $1,066.03 | $1,066.03 | | | $1,066.03 | 100% | $0.00 | $0.00 |
| | C-11399 #3539 - Polished/Sealed Landing Off Sports Lobby | $1,066.03 | $1,066.03 | | | $1,066.03 | 100% | $0.00 | $0.00 |
| | C-11400 #3526 - Grinding Hollow Patches on 12th Floor | $1,066.03 | $1,066.03 | | | $1,066.03 | 100% | $0.00 | $0.00 |
| | C-11641 #884- Comeback 3rd Fl.-Finished Left Out Pcs | $1,192.27 | $1,192.27 | | | $1,192.27 | 100% | $0.00 | $0.00 |
| | C-11651 #1701-Removed Terrazzo/Loose Underlay. | $1,543.06 | $1,543.06 | | | $1,543.06 | 100% | $0.00 | $0.00 |
| | C-11652 #2533 - 'Stopped Work Due to Inspection (Directed by Pa | $595.80 | $595.80 | | | $595.80 | 100% | $0.00 | $0.00 |
| | C-11658 #2108 - Removed Loose/Installed New Underlay. | $1,033.42 | $1,033.42 | | | $1,033.42 | 100% | $0.00 | $0.00 |
| | C-11659 #2111 - Removed Loose/Installed New Underlay | $1,164.48 | $1,164.48 | | | $1,164.48 | 100% | $0.00 | $0.00 |
| | C-11660 #2114 - Removed Loose/Installed New Underlay | $590.53 | $590.53 | | | $590.53 | 100% | $0.00 | $0.00 |
| | C-11662 3001 - Lost Time - 8/15/01(No Power) | $1,191.61 | $1,191.61 | | | $1,191.61 | 100% | $0.00 | $0.00 |
| | C-11664 #3563 - Chopped Out Terrazzo -Concrete Saturated w/Oil | $771.62 | $771.62 | | | $771.62 | 100% | $0.00 | $0.00 |
| | C-11665 #3564 - Installed Strips/Epoxy 2nd Floor @ Chopped Are | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| | C-11666 #3565 - Chopped Out Terrazzo -Concrete Saturated w/Oil | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| | C-11667 #3566 - Installed Strips/Epoxy in Two Chopped Areas | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| | C-11668 #3567 - Drilled Holes in Loose Areas & Filled w/Epoxy | $1,929.32 | $1,929.32 | | | $1,929.32 | 100% | $0.00 | $0.00 |
| | C-11669 #3571 - Installed Epoxy Patches on Floors 3 - 7 | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |
| | C-11670 #3572 - Installed/Grinded Epoxy Patches on Floors 8 - 13 | $1,080.26 | $1,080.26 | | | $1,080.26 | 100% | $0.00 | $0.00 |

Page 9

CR1493

**Trade Payment Breakdown**

General Contractor: Trataros Construction Inc.
PROJECT NAME: Baruch College
General Contractor Number:
Job Site Number: 98106

G.M. Crocetti, Inc.
3900 Merritt Ave.
Bronx, NY 10466

Application Number: 28
Application Date: 26-Feb-03
Period To: 1/31/03
Project Number:

| A Quantity | B Description Of Work | C Scheduled Value | D Work Completed From Previous Requisitions | E Work Completed This Period | F Materials Presently Stored | G Total Completed & Stored To Date | % | H Balance To Finish | I Retainage 0.0% |
|---|---|---|---|---|---|---|---|---|---|
| | **Extra Work** | | | | | | | | |
| C-11671 | #2175 - Filled in Areas @ Sports Lounge | $633.65 | $633.65 | | | $633.65 | 100% | $0.00 | $0.00 |
| C-11673 | #2178 - Grinding done on Terrazzo Patches | $2,588.94 | $2,588.94 | | | $2,588.94 | 100% | $0.00 | $0.00 |
| C-11677 | #2177 - Reinstalled Terrazzo @ Sports Lounge (Underlay) | $1,022.67 | $1,022.67 | | | $1,022.67 | 100% | $0.00 | $0.00 |
| | #3905 - Installed New Floor @ 1 & 2 Floors | $4,213.15 | $4,213.15 | | | $4,213.15 | 100% | $0.00 | $0.00 |
| | #2158 - Filled in Areas Around Posts @ Escalators | $1,351.18 | $1,351.18 | | | $1,351.18 | 100% | $0.00 | $0.00 |
| | #2160 - Filled in Areas By Door to Bookstore | $846.64 | $846.64 | | | $846.64 | 100% | $0.00 | $0.00 |
| | **Subtotal - Extra Work** | $123,763.56 | $123,763.56 | $0.00 | | $123,763.56 | 100% | $0.00 | $0.00 |
| | **Total - Pending Premium Time & Extra Work** | $155,055.52 | $155,055.52 | $0.00 | | $155,055.52 | 100% | $0.00 | $0.00 |
| | **Additional Claims** | | | | | | | | |
| | Balance Due on Escalation Claim | $26,000.00 | $26,000.00 | | | $26,000.00 | 100% | $0.00 | $0.00 |
| | Claim for Lost Productivity | $369,000.00 | $369,000.00 | | | $369,000.00 | 100% | $0.00 | $0.00 |
| | 9/4/02 - Overhead Costs - 10% on All Premium Time | $17,779.12 | $17,779.12 | | | $17,779.12 | 100% | $0.00 | $0.00 |
| | **Subtotal - Escalation/Delay Claims** | $412,779.12 | $412,779.12 | $0.00 | | $412,779.12 | 100% | $0.00 | $0.00 |
| | **Grand Total - Pending Claims** | $567,834.64 | $567,834.64 | $0.00 | | $567,834.64 | 100% | $0.00 | $0.00 |
| | **Total Contract & Extras** | $3,998,352.51 | $3,842,568.93 | $155,783.58 | $0.00 | $3,998,352.51 | 100% | $0.00 | $0.00 |

Note: the above schedule of values is for requisition purposes only. These values are not to be used for Adds and / or Deducts.

98106

# EXHIBIT
# B

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------

TRAVELERS CASUALTY AND SURETY COMPANY as

Administrator for RELIANCE INSURANCE

COMPANY,

                         Plaintiff,

          -against-

DORMITORY AUTHORITY-STATE OF NEW YORK, TDX

CONSTRUCTION CORP. and KOHN PEDERSEN FOX

ASSOCIATES, P.C.,

                         Defendants.

Case No. 08-CV-6915 (DLC)


            (CAPTION CONTINUED)

------------------------------------------


                    May 21, 2008

                    10:13 a.m.



            DEPOSITION of CHARLES BARTLETT,

taken by Plaintiff, pursuant to Notice,

held at the offices of DORMITORY AUTHORITY

OF THE STATE OF NEW YORK, One Pennsylvania

Plaza, New York, New York before Wayne

Hock, a Notary Public of the State of New

York.

2

```
-------------------------------------------------
DORMITORY AUTHORITY OF THE STATE OF NEW
YORK and TDX CONSTRUCTION CORP.,

                    Third-Party Plaintiffs,

          -against-

TRATAROS CONSTRUCTION, INC.,

                    Third-Party Defendant.

-------------------------------------------------
TRATAROS CONSTRUCTION, INC.,
                    Fourth-Party Plaintiff,

          -against-

CAROLINA CASUALTY INSURANCE COMPANY;
BARTEC INDUSTRIES INC.; DAYTON SUPERIOR
SPECIALTY CHEMICAL CORP. a/k/a DAYTON
SUPERIOR CORPORATION; SPECIALTY
CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER
CASUALTY INSURANCE COMPANY d/b/a KEMPER
INSURANCE COMPANY; GREAT AMERICAN
INSURANCE COMPANY; NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA.;
UNITED STATES FIRE INSURANCE COMPANY;
NORTH AMERICAN SPECIALTY INSURANCE
COMPANY; ALLIED WORLD ASSURANCE COMPANY
(U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS
INSURANCE COMPANY; ZURICH AMERICAN
INSURANCE COMPANY d/b/a ZURICH INSURANCE
COMPANY; OHIO CASUALTY INSURANCE COMPANY
d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE
MUTUAL INSURANCE COMPANY (a/k/a
HARLEYSVILLE INSURANCE COMPANY,); JOHN
DOES 1-20 and XYZ CORPS. 1-19,
                    Fourth-Party Defendants.
```

3

```
1
2
  _____
3   KOHN PEDERSEN FOX ASSOCIATES, P.C.
4                        Third-Party Plaintiff,
5             -against-
6   WEIDLINGER ASSOCIATES CONSULTING
    ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI
7   AND ASSOCIATES, ARCHITECTS, P.C.,
    ARQUITECTONICA NEW YORK, P.C., COSENTINI
8   ASSOCIATES, INC., CERMAK, PETERKA
    PETERSEN, INC., JORDAN PANEL SYSTEMS
9   CORP., TRATAROS CONSTRUCTION, INC. and LBL
    SKYSYSTEMS (U.S.A.), INC.,
10
                        Third-Party Defendants.
11
  _____
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

146

C. Bartlett

1
2  understanding is they did direct Crocetti

3  through Trataros to work overtime.  That

4  may have been a function of the fact that

5  Crocetti didn't provide sufficient

6  staffing.

7      Q.    Now, Mr. Bartlett, since you

8  weren't there at that project time when

9  the work was actually ongoing, where does

10 your understanding come from?

11     A.    Meeting minutes and

12 correspondence as well as claim-related

13 documents.

14         MS. SMITH: As well as?

15         THE WITNESS:  Claim-related

16     documents.

17     Q.    What are you referring to when

18 you speak to claim-related documents?

19     A.    Correspondence from Crocetti to

20 Trataros to the Authority relative to

21 Crocetti's claim and correspondence from

22 Trataros to the Authority relative to

23 Crocetti's claim.

24     Q.    When you refer to Crocetti's

25 claim, can you be more specific for me.

147

C. Bartlett

1

2       A.      Yes.

3               Crocetti submitted a claim to

4   Trataros alleging damages associated with

5   productivity as well as labor and material

6   escalation and extended supervision.  It

7   was -- they alleged they were delayed in

8   starting the project for a year and, for

9   that, labor and material escalated and

10  they were not able to find sufficient

11  staffing to do the work.

12      Q.      And that claim was submitted to

13  DASNY?

14      A.      Ultimately, yes.  First to

15  Trataros.  Trataros then applied their

16  markups and submitted to DASNY.

17      Q.      Do you know at what point in

18  time that was done?

19      A.      I know some of the dates.  The

20  original letter from Crocetti to Trataros

21  was September 27, 2001.  I believe

22  Trataros submitted its letter to DASNY in

23  October of 2001.  I believe those are

24  roughly the time frames.

25      Q.      And was that claim addressed by

148

C. Bartlett

 1   

 2   DASNY?

 3       A.    Could you be more specific in

 4   terms of addressed?

 5       Q.    What did DASNY do with the

 6   claim?

 7       A.    We agreed to pay the escalation

 8   at that time and afforded $150,000 for

 9   that purpose.  We agreed that we would

10   negotiate the claims as it went to

11   productivity at the end of the project.

12   And initially we said we wanted to address

13   Trataros' claim in its entirety.

14   Ultimately we negotiated claim settlements

15   or attempted to negotiate claim

16   settlements directly with some of the

17   subcontractors.

18       Q.    Was that done with Crocetti?

19       A.    Yes.

20       Q.    And what did you negotiate with

21   them?

22       A.    I believe the overall claim

23   settlement was on the order of $250,000.

24   When the $150,000 advance payment is taken

25   away from that, the proposed final

149

C. Bartlett

1

2   settlement was roughly a hundred thousand

3   dollars.

4        Q.    Was that settlement effectuated?

5        A.    No.

6        Q.    Why not?

7        A.    Because concurrent -- at the

8   time we had negotiated the claim or were

9   in the process of negotiating the claim,

10  we became aware that the flooring was

11  failing throughout the project.  I would

12  describe it as a catastrophic failure.

13       Q.    Let me take you back to

14  something you said just a short while ago.

15            DASNY had sent $150,000 to

16  Crocetti to pay them an initial portion of

17  this claim.

18            What specifically was the

19  $150,000 for?

20       A.    Labor and material escalation.

21       Q.    And why was that -- how did

22  DASNY determine that that would be paid?

23       A.    We accepted Crocetti's statement

24  that they had been delayed in starting for

25  one year.  They provided backup as to

303

1              C. Bartlett

2         MS. BONACCI: I guess we are at

3      our breaking point for today.  Thank

4      you very much.

5         (TIME NOTED:  6:01 p.m.)

6  _____ (Signature of witness)

7  Subscribed and sworn to

8  before me this_____

9  day of_____,'

10  2008.

11  _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

307

CERTIFICATION BY REPORTER

1

2

3

4      I, Wayne Hock, a Notary Public of the

5    State of New York, do hereby certify:

6      That the testimony in the within

7    proceeding was held before me at the

8    aforesaid time and place;

9      That said witness was duly sworn

10   before the commencement of the testimony,

11   and that the testimony was taken

12   stenographically by me, then transcribed

13   under my supervision, and that the within

14   transcript is a true record of the

15   testimony of said witness.

16     I further certify that I am not

17   related to any of the parties to this

18   action by blood or marriage, that I am not

19   interested directly or indirectly in the

20   matter in controversy, nor am I in the

21   employ of any of the counsel.

22     IN WITNESS WHEREOF, I have hereunto

23   set my hand this _27th_ day of _MAY_

24   , 2008.

25   ————Wayne Hock————————

VERITEXT REPORTING COMPANY

212-267-6868                            516-608-2400

# EXHIBIT C

309

1

2  UNITED STATES DISTRICT COURT

   SOUTHERN DISTRICT OF NEW YORK

3  ------------------------------------------------

4  TRAVELERS CASUALTY AND SURETY COMPANY as

   Administrator for RELIANCE INSURANCE

5  COMPANY,

6                        Plaintiff,

7          -against-

8  DORMITORY AUTHORITY-STATE OF NEW YORK, TDX

   CONSTRUCTION CORP. and KOHN PEDERSEN FOX

9  ASSOCIATES, P.C.,

10                       Defendants.

11  Case No. 08-CV-6915 (DLC)

12

         (CAPTION CONTINUED)

13  ------------------------------------------------

14

                   May 22, 2008

15                 10:13 a.m.

16

17          CONTINUED DEPOSITION of CHARLES

18  BARTLETT, taken by Plaintiff, pursuant to

19  Notice, held at the offices of DORMITORY

20  AUTHORITY OF THE STATE OF NEW YORK, One

21  Pennsylvania Plaza, New York, New York

22  before Wayne Hock, a Notary Public of the

23  State of New York.

24

25

310

<div style="margin-left:2em">

1
2
```
_____
```
3    DORMITORY AUTHORITY OF THE STATE OF NEW
     YORK and TDX CONSTRUCTION CORP.,
4
                        Third-Party Plaintiffs,
5
                -against-
6
     TRATAROS CONSTRUCTION, INC.,
7
                        Third-Party Defendant.
8
9
```
_____
```
10   TRATAROS CONSTRUCTION, INC.,
11                       Fourth-Party Plaintiff,
12
                -against-
13
     CAROLINA CASUALTY INSURANCE COMPANY;
14   BARTEC INDUSTRIES INC.; DAYTON SUPERIOR
     SPECIALTY CHEMICAL CORP. a/k/a DAYTON
15   SUPERIOR CORPORATION; SPECIALTY
     CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER
16   CASUALTY INSURANCE COMPANY d/b/a KEMPER
     INSURANCE COMPANY; GREAT AMERICAN
17   INSURANCE COMPANY; NATIONAL UNION FIRE
     INSURANCE COMPANY OF PITTSBURGH, PA.;
18   UNITED STATES FIRE INSURANCE COMPANY;
     NORTH AMERICAN SPECIALTY INSURANCE
19   COMPANY; ALLIED WORLD ASSURANCE COMPANY
     (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS
20   INSURANCE COMPANY; ZURICH AMERICAN
     INSURANCE COMPANY d/b/a ZURICH INSURANCE
21   COMPANY; OHIO CASUALTY INSURANCE COMPANY
     d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE
22   MUTUAL INSURANCE COMPANY (a/k/a
     HARLEYSVILLE INSURANCE COMPANY,); JOHN
23   DOES 1-20 and XYZ CORPS. 1-19,
24                       Fourth-Party Defendants.
25

</div>

311

```
------------------------------------------------
KOHN PEDERSEN FOX ASSOCIATES, P.C.

                    Third-Party Plaintiff,

            -against-

WEIDLINGER ASSOCIATES CONSULTING

ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI

AND ASSOCIATES, ARCHITECTS, P.C.,

ARQUITECTONICA NEW YORK, P.C., COSENTINI

ASSOCIATES, INC., CERMAK, PETERKA

PETERSEN, INC., JORDAN PANEL SYSTEMS

CORP., TRATAROS CONSTRUCTION, INC. and LBL

SKYSYSTEMS (U.S.A.), INC.,


                    Third-Party Defendants.


------------------------------------------------
```

544

C. Bartlett

1

2  payment was stopped.  My recollection is

3  at some point we stopped paying on those

4  contracts.

5      Q.    When you say, "we," you mean the

6  cost control unit or you mean the people

7  who were disbursing payments?

8      A.    I mean DASNY.

9      Q.    Your work evaluating claims and

10  change orders did not stop?

11      A.    Well, I'm just trying to think.

12  I'm not sure.  I know we continued to

13  negotiate with Crocetti, for instance,

14  with the intention of settling that matter

15  until it became clear that there was

16  basically a catastrophic failure of

17  flooring all over the building.  I'm not

18  sure I can answer your question.

19      Q.    When did that become clear to

20  you?

21      A.    As I recollect, sometime in

22  2003.  But again I'm not certain of those

23  dates.

24      Q.    When you started at the cost

25  control unit, were you given any kind of

561

1                    C. Bartlett

2            MR. SHAPIRO: Fair enough.

3            (TIME NOTED:  5:03 p.m.)

4    _____ (Signature of witness

5    Subscribed and sworn to

6    before me this_____

7    day of_____,

8    2008.

9    _____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

566

## CERTIFICATION BY REPORTER

I, Wayne Hock, a Notary Public of the State of New York, do hereby certify:

That the testimony in the within proceeding was held before me at the aforesaid time and place;

That said witness was duly sworn before the commencement of the testimony, and that the testimony was taken stenographically by me, then transcribed under my supervision, and that the within transcript is a true record of the testimony of said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, that I am not interested directly or indirectly in the matter in controversy, nor am I in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this _27th_ day of _May_, 2008.

_____

VERITEXT REPORTING COMPANY

212-267-6868                                          516-608-2400

# EXHIBIT D

# DORMITORY AUTHORITY - STATE OF NEW YORK
### 515 Broadway, Albany, New York 12207-2964

## CHANGE ORDER

TO: Contractor: __Trataros Construction, Inc.__
Street: __664 64th Street__
City State Zip: __Brooklyn, NY 11220__
Original Contract Date _____
Original Contract Amount: __$24,140,000__
Current Contract Amount:_____

Change Order No: _GC2- 114_
JD Edwards Change Request No: _____
JD Edwards Contract No: ____61506____
JD Edwards Project No:____12777099999____
Total Approved Change Order:_____

You are hereby directed to perform all labor and to provide all materials necessary to carry out the work described below:

Project Name and Location: **Baruch College-Site "B"**

Description of Work: Provide all labor, equipment and material necessary to expedite the completion of the terrazzo work in the food servery area. DASNY has authorized a revision of the floor fill material from fill concrete (as per contract) to hydraulic cement.

Full consideration for this change order shall be an **INCREASE** of the original contract amount by:

**Dollars**

| | | |
|---|---|---|
| Labor | = | $ 3,425.00 |
| Material | = | $11,575.00 |
| Total | = | $ 15,000.00 |

**Increase** of the original schedule by _0_ days. In accepting and executing this change order the contractor, its heirs, executors administrators, successors, and assigns hereby release and forever discharge the Dormitory Authority of the State of New York, its successors, and assigns from any and all actions, causes of action, claims and demands whatsoever in law or in equity which the contractor ever had, now has or may have against the Dormitory Authority of the State of New York in any way arising out of this change.

**Recommended by:**

**CONSTRUCTION MANAGER OR ARCHITECT**

__TDX Construction Corp.__
Name

By:_~~signature~~_____  _8-22-01_
Date

**Accepted by:**

**CONTRACTOR**

__Trataros Construction, Inc.__
Name

By:_~~signature~~_____  _8/22/01_
Date

**INSTITUTION (WHERE REQUIRED)**

_____
Name

_____    _____
Date

**Approved by: DORMITORY AUTHORITY**

By:_____
Date

_____
Title

Dormitory Authority Use Only:

ALT   BAC   BND   CLA   CLO   COM   COR   DE   DO   EMR   FLD   INF   INS   OFS   PRG

DASNY_TRAVELERS2 355936

# TDX CONSTRUCTION CORPORATION

## BARUCH COLLEGE - SITE B

## CHANGE ORDER CHECKLIST

CHANGE ORDER NO: GC2-114

IN ORDER OF APPEARANCE:

[X]     ORIGINAL SIGNED CHANGE ORDER:

[X]     CHANGE ORDER COST REVIEW CERTIFICATION:

[X]     CHANGE ORDER MEMORANDUM:

[X]     DETAILED MEMORANDUM OF JUSTIFICATION AND NEGOTIATION:

[X]     COPY OF TDX LETTER OF DIRECTIVE DATED:  July 17, 2001

[X]     COPY OF TDX CHANGE ORDER ESTIMATE:

[X]     COPY OF CONTRACTORS PROPOSAL DATED July 19, 2001 IN THE AMOUNT OF $15,000.00

[X]     REFERENCE DOCUMENT :

[X]     WAGE RATES:      Approved

DASNY_TRAVELERS2 355937

# DORMITORY AUTHORITY STATE OF NEW YORK
## CHANGE ORDER COST REVIEW CERTIFICATION

PROJECT:  BARUCH COLLEGE - SITE "B"          ND#  __1293__      CR# ____

CONTRACTOR FILING CLAIM:  **Trataros Construction , Inc.**  COST:

CHANGE ORDER NO:GC2-114      ORIGINAL CONTRACT NO: __61506__

DESCRIPTION OF CHANGE ORDER WORK:

Provide all labor, equipment and material necessary for the completion of
the terrazzo work in the food servery area, DASNY has authorized a revision
of the floor fill material from fill concrete (as per contract) to
hydraulic cement.

This is to certify that the following applicable reviews have been made relative to the
contractor's cost calculation for the above change order.

**YES**  **NO**

  X   ____ 1. Unit rates from construction applied (where applicable).

  X   ____ 2. Wage rates correct / Man hours reasonable.

  X   ____ 3. Material prices verified and reasonable.

  X   ____ 4. Rental rates verified and reasonable.

  X   ____ 5. Percentage mark-ups applied properly as per General Conditions.

Based on the above reviews, the following recommendation is hereby made to the
Dormitory Authority regarding the disposition of said Change Order.
  X   1. Change Order should be approved.
 ____ 2. Change Order should be deferred for approval subject to the following
modifications:

This cost review completed by:           Dale Gargiulo

Representing the: Architect:_____ Construction Manager: __X__ Other:

Signature of reviewing person: _____

Acknowledge by Dormitory Authority:

Date:_____  Disposition Approved:_____  Deferred:_____

DASNY_TRAVELERS2 355938

# TDX CONSTRUCTION CORPORATION

## MEMORANDUM

| | |
|---|---|
| **DATE:** | **August 14, 2001** |
| **TO:** | Nick D'Ambrosio |
| **FROM:** | John J. McCullough |
| **JOB:** | **Baruch College - Site B** |
| **RE:** | **GC2-114, ND#1293** |

..................................................................................................

This memorandum is in reply to contractor's comment inserted at the bottom front of this page of change orders.

We have considered the contractor's comment along with the included statement. Any time impact to the contract or any cost associated with a extension of time to the contract is not acknowledged and has not been determined at this time. Appropriate consideration will be made at a future date, in accordance with contractual obligations for any impact to the contract and cost associated with same.

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **August 14, 2001**

**TO:**       Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**      **Baruch College - Site B**

**RE:**       **GC2-114, ND#1293**

............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 15,000.00 is for the cost of providing all labor, equipment and materials for the complete installation of work indicated .

In order to expedite the construction of the terrazzo floor in the food servery area, DASNY has authorized a revision of the floor fill material from fill concrete (as per contract) to hydraulic cement. This will cut down on the curing time of the substrate prior to the installation of the epoxy terrazzo flooring.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a field X.

# TDX CONSTRUCTION CORPORATION

## Baruch College - Site B

### CHANGE ORDER MEMORANDUM OF JUSTIFICATION AND NEGOTIATION

CHANGE ORDER NO: GC2-114

CONTRACTOR:     Trataros Construction, Inc.

DESCRIPTION OF CHANGE:

Provide all labor, equipment and material necessary to expedite the terrazzo flooring by substituting the contract concrete floor fill with hydraulic cement.

REASON FOR CHANGE:

The hydraulic cement will cure quicker than the concrete floor fill so that the terrazzo floor can be installed immediately.

RECORD OF NEGOTIATIONS:

The contractor submitted a proposal dated 7/9/01 in the amount of 15,000.00.
TDX estimate agreed with this amount.

# TDX DIRECTIVE

## Dated:    July 17, 2001

## Change Order No.:GC2-114

DASNY_TRAVELERS2 355942



**TDX** CONSTRUCTION CORPORATION

Baruch College Field Office · 137 East 25th Street, 6th Floor, New York, NY 10010

212 679 0031
212 679 0037 fax
www.tdxconstruction.com

July 17, 2001

Trataros Construction Corporation
55 Lexington Avenue
New York, NY 10010

Attn: John Clarke

RE:    **Baruch College - Site "B"**
**Contract No. 16 - G.C. #2**
**ND# 1293**

Gentlemen:

In order to expedite the completion of the terrazzo work in the food servery area, the Dormitory Authority has authorized a revision of the floor fill material from fill concrete (as per contract) to hydraulic cement.

Please proceed with the above and transmit your proposal to our office showing how this work will affect your contract.

Very truly yours,
**TDX Construction Corporation**

John J. McCullough, P.E.
Project Manager

JJM/amo

Cc:    N. D'Ambrosio
R. Leu
J. R. Jones
T. Mockler
ND# 1293/2.3B

DASNY_TRAVELERS2 355943

# TDX CHANGE ORDER ESTIMATE

## Change Order No.:   GC2-114

DASNY_TRAVELERS2 355944



TDX CONSTRUCTION CORPORATION

*WORKSHEET SUMMARY*

Project    Baruch College "Site B"
Subject    Terrazzo floor in food servery area

Date        15-Aug-01

### LABOR TO HAND MIX AND PLACE

| Trade Labor | Labor Hours | Rates Per Hour | Straight time paid |
|---|---|---|---|
| Mechanic | 80 | $ 56.07 | $4,485.60 |
| Foreman | 14 | $ 58.38 | $817.32 |
| | | Total | $5,302.92 |

### Materials

| Material | Quantity | Unit | Unit Cost | Total Cost |
|---|---|---|---|---|
| Hydraulic cement | 500 | bag | $ 28.00 | $14,000.00 |
| Commercial sand | 1000 | bag | $ 3.92 | $3,920.00 |
| | | | Total | $17,920.00 |

| | sub total | $23,223.00 |
|---|---|---|

### Credits

| Credits | total | | Rate | Cost |
|---|---|---|---|---|
| Materials | -24 | cy | $ 95.00 | $ (2,280.00) |
| labor | -40 | hrs | $ 233.50 | $ (9,340.00) |
| | | | Total | $ (11,620.00) |

| Total cost of material and labor | $11,600.00 |
|---|---|

| Contractors Sub-Total (round down) | $11,600.00 |
|---|---|
| Contractors Overhead & Profit 20% | $2,320.00 |
| Contractors Total | $13,920.00 |
| Overhead & Profit-On Sub Contractor for Contractor 10%,5% and 3%. | $1,080.00 |
| Contractors Total | $1,080.00 |
| **Total Cost of Change Order** | **$15,000.00** |

DASNY_TRAVELERS2 355945

# Contractor's Proposal

## Dated: July 19, 2001

## Change Order No.: GC2-114

DASNY_TRAVELERS2 355946

# Trataros Construction, Inc.

Baruch Academic Complex
New York, New York 10010

**Phone:** (646)935-0101
**Fax:** (646)935-0757

July 19, 2001

TDX Construction Corporation
137 East 25th Street

New York, New York 10010

**Attn:**    John McCullough

**Project:** BARUCH ACADEMIC COMPLEX          **Project #:** DA #6500 1802 2178
**Re:**    <u>ND #1293</u>                     **Job #:**  Contract #16 / GC2

Dear Mr. McCullough:

We are in receipt of above referenced notice of direction regarding revision of material in food court servery area.  Please issue a formal change order in the amount of $15,000.00 as per TDX/Trataros verbal agreement.

Thank you.

Sincerely,

Athena Curis
Project Manager

CC:  JFC/WB/RR/TCI Office - files
Encl. ND #1293

DASNY_TRAVELERS2 355947

# Reference Documents

## Change Order No.:GC2-114

### A-104    Ground Floor

Copy of the letter of directive dated July 17, 2001

DASNY_TRAVELERS2 355948



CONSTRUCTION CORPORATION

Baruch College Field Office  137 East 25th Street, 6th Floor, New York, NY 10010

212 679 0031
212 679 0037 /FAX
www.tdxconstruction.com

July 17, 2001

Trataros Construction Corporation
55 Lexington Avenue
New York, NY 10010

Attn:  John Clarke

RE:    Baruch College - Site "B"
       Contract No. 16 - G.C. #2
       ND# 1293

Gentlemen:

        In order to expedite the completion of the terrazzo work in the food
servery area, the Dormitory Authority has authorized a revision of the floor
fill material from fill concrete (as per contract) to hydraulic cement.

        Please proceed with the above and transmit your proposal to our
office showing how this work will affect your contract.

                              Very truly yours,
                              TDX Construction Corporation

                              John J. McCullough, P.E.
                              Project Manager

JJM/amo

Cc:    N. D'Ambrosio
       R. Leu
       J. R. Jones
       T. Mockler
       ND# 1293/2.3B

Ltr Trataros 7-17-01 ND# 1293

DASNY_TRAVELERS2 355949



DASNY_TRAVELERS2 355950

# Approved Wage Rates

## Change Order No.:GC2-114

DASNY_TRAVELERS2 355951

06/08/2001 10:26 FAX 518 257 3468          DASNY 3rd FLOOR          Ø004/004

**APPROVED**

COST CONTROL UNIT
DORMITORY AUTHORITY

## G. M CROCETTI, INCORPORATED

### TERRAZZO UNION—LOCAL #3
### JULY 1, 2000 TO DECEMBER 31, 2000

| | FOREMAN | FOREMAN PREMIUM | MECHANIC | PREMIUM 1½ | PREMIUM @2 | FOREMAN HELPER | FOREMAN PREMIUM | HELPER | PREM. 1½ | PREM. @2 |
|---|---|---|---|---|---|---|---|---|---|---|
| RATE | 34.53 | 17.26 | 32.48 | 16.24 | 32.48 | 32.82 | 16.46 | 31.17 | 15.58 | 31.17 |
| BASIC FRINGE | | | | | | | | | | |
| TRVL ALLOW. | 1.43 | N.M. | 1.43 | N.A. | N.A. | 1.43 | N.A. | 1.43 | N.A. | N.A. |
| VACATION | 2.00 | 1.00 | 2.00 | 1.00 | 2.00 | 2.00 | 1.00 | 2.00 | 1.00 | 2.00 |
| TAXABLE WAGES | 37.96 | 18.26 | 35.91 | 17.24 | 34.48 | 36.35 | 7.44 | 34.60 | 16.58 | 33.17 |
| TAXES 12.5% | 4.75 | 2.28 | 4.49 | 2.16 | 4.31 | 4.54 | 2.18 | 4.33 | 2.07 | 4.15 |
| UNION BENEFITS | | | | | | | | | | |
| WELFARE | 5.45 | 5.45 | 5.45 | 5.45 | 5.45 | 5.45 | 5.45 | 5.45 | 5.45 | 5.45 |
| PENSION | 4.15 | 2.08 | 4.15 | 2.08 | 4.15 | 4.15 | 2.08 | 4.15 | 2.08 | 4.15 |
| SUPPLEMENT | 2.00 | N.A. | 2.00 | N.A. | N.A. | 2.00 | N.A. | 2.00 | N.A. | N.A. |
| ANNUITY FUND | 2.25 | 1.2 | 2.25 | 1.2 | 2.25 | 2.25 | 1.12 | 2.25 | 1.12 | 2.25 |
| DEFL PENSION | 1.50 | N/A | 1.50 | N.A. | N.A. | 1.50 | N.A. | 1.50 | N.A. | N.A. |
| FL MASONRY INST | 0.22 | N.A. | 0.22 | N.A. | N.A. | 0.22 | N.A. | 0.22 | N.A. | N.A. |
| PROMOTION FUND | 0.10 | N.A. | 0.10 | N.A. | N.A. | 0.10 | N.A. | 0.10 | N.A. | N.A. |
| SMALL TOOLS EDIT | 1.96 | 1.06 | 1.84 | 0.92 | 1.84 | 1.85 | 0.94 | 1.78 | 0.89 | 1.78 |
| EXPENDABLE TOOLS | 4.05 | 2.08 | 3.80 | .90 | 3.80 | 3.87 | 1.94 | 3.65 | 1.83 | 3.65 |
| RECLAMAT'L HANDLING | 3.30 | 1.76 | 3.28 | 1.64 | 3.28 | 3.34 | 1.67 | 3.15 | 1.58 | 3.15 |
| OSHA SAFETY EQUIP | 2.36 | 1.20 | 2.21 | 1.11 | 2.21 | 2.28 | 1.13 | 2.13 | 1.07 | 2.13 |
| SUPERVISION | 2.01 | 1.11 | 1.89 | 0.95 | 1.89 | 1.93 | 0.97 | 1.83 | 0.92 | 1.83 |
| TOTAL COST/HR | $58.58 | 36.40 | $56.07 | 34.57 | 63.66 | $56.50 | 34.94 | $54.60 | 33.52 | 63.73 |

DASNY_TRAVELERS2 355952

# EXHIBIT E

## DORMITORY AUTHORITY – STATE OF NEW YORK
### 515 Broadway, Albany, New York 12207-2964

## CHANGE ORDER

TO: Contractor: ___Trataros Construction, Inc.___
Street: ___664 64th Street___
City State Zip: ___Brooklyn, NY  11220___
Original Contract Date _____
Original Contract Amount: ___$24,140,000___
Current Contract Amount: _____

Change Order No: ___GC2-202___
JD Edwards Change Request No: _____
JD Edwards Contract No: ___61506___
JD Edwards Project No: ___12777099999___
Total Approved Change Order: _____

You are hereby directed to perform all labor and to provide all materials necessary to carry out the work described below:

Project Name and Location: **Baruch College Site-"B"**

Description of Work: Provide all labor, equipment and material necessary to install hydraulic cement base in areas left out by the underlayment subcontractor.  This was due to accelerating the work schedule in order to open the building on the college target date of August 27, 2001.  This work was recorded on a time and material ticket basis.

Full consideration for this change order shall be an **INCREASE** of the original contract amount by:

_Dollars_

Labor    = $    7,962.00
Material = $    1,971.00
Total    = $    9,933.00

Increase of the Contract completion date by _0_ days.  In accepting and executing this change order the contractor, its heirs, executors administrators, successors, and assigns hereby release and forever discharge the Dormitory Authority of the State of New York, its successors, and assigns from any and all actions, causes of action, claims and demands whatsoever in law or in equity which the contractor ever had, now has or may have against the Dormitory Authority of the State of New York in any way arising out of this change.

Recommended by:                                           Accepted by:

**CONSTRUCTION MANAGER OR ARCHITECT**                        **CONTRACTOR**

___TDX Construction Corp.___                              ___Trataros Construction, Inc.___
        Name                                                         Name

By: _____    11/6/03                              By: _____    10/30/03
              Date                                                      Date

**INSTITUTION (WHERE REQUIRED)**                         **Approved by: DORMITORY AUTHORITY**

                                                        By: _____          _____
        _____                                                              Date
        Name
                                                                    _____
                                                                    Title
        _____
        Date

Dormitory Authority Use Only:

ALT   BAC   BND   CLA   CLO   COM   COR   DE   DO   EMR   FLD   INF   INS   OFS   PRG

DASNY_TRAVELERS2 154909

## TDX CONSTRUCTION CORPORATION

### BARUCH COLLEGE - SITE B

## CHANGE ORDER CHECKLIST

CHANGE ORDER NO:  GC2-202

IN ORDER OF APPEARANCE:

[X]    ORIGINAL SIGNED CHANGE ORDER:

[X]    CHANGE ORDER COST REVIEW CERTIFICATION:

[X]    CHANGE ORDER MEMORANDUM:

[X]    DETAILED MEMORANDUM OF JUSTIFICATION AND NEGOTIATION:

[X]    COPY OF TDX LETTER OF DIRECTIVE DATED:      7/12/01

[X]    COPY OF TDX CHANGE ORDER ESTIMATE:

[X]    COPY OF CONTRACTORS PROPOSAL:        N/A

[X]    REFERENCE DOCUMENTS:

[X]    WAGE RATES:      APPROVED

DASNY_TRAVELERS2 154910

# DORMITORY AUTHORITY STATE OF NEW YORK
## CHANGE ORDER COST REVIEW CERTIFICATION

PROJECT:   BARUCH COLLEGE - SITE "B"          ND# __1775__      CR# ____

CONTRACTOR FILING CLAIM:  **Trataros Construction, Inc.**   COST:  __$9,933.00__

CHANGE ORDER NO:  __GC2-202__      ORIGINAL CONTRACT NO: __61506__

DESCRIPTION OF CHANGE ORDER WORK:

Provide all labor, equipment and material necessary to install hydraulic cement base in areas left out by the underlayment subcontractor.  This was due to accelerating the work schedule in order to open the building on the college target date of August 27, 2001.  This work was recorded on a time and material ticket basis.

This is to certify that the following applicable reviews have been made relative to the contractor's cost calculation for the above change order.

**YES  NO**

_X_  ____1. Unit rates from construction applied (where applicable).

_X_  ____2. Wage rates correct / Man hours reasonable.

_X_  ____3. Material prices verified and reasonable.

_X_  ____4. Rental rates verified and reasonable.

_X_  ____5. Percentage mark-ups applied properly as per General Conditions.

Based on the above reviews, the following recommendation is hereby made to the Dormitory Authority regarding the disposition of said Change Order.

_X_  1. Change Order should be approved.

____ 2. Change Order should be deferred for approval subject to the following modifications:

This cost review completed by:          James Grundvig

Representing the:  Architect:_____  Construction Manager:__X__Other:____

Signature of reviewing person: _____

Acknowledge by Dormitory Authority:_____

Date:_____    Disposition Approved:_____    Deferred:_____

## TDX CONSTRUCTION CORPORATION

## MEMORANDUM

**DATE:**       **January 24, 2003**

**TO:**         Nick D'Ambrosio

**FROM:**       Ray Leu

**JOB:**        **Baruch College - Site B**

**RE:**         **GC2-202,  ND #1775**
..........................................................................................................

This memorandum is in reply to contractor's comment inserted at the bottom front of this page of change order.

We have considered the contractor's comment along with the included statement. Any time impact to the contract or any cost with an extension of time to the contract is not acknowledged and has not been determined at this time. Appropriate consideration will be made at a future date in accordance with contractual obligations for any time impact to the contract and cost associated with same.

DASNY_TRAVELERS2 154912

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **January 24, 2003**

**TO:**       Nick D'Ambrosio

**FROM:**     Ray Leu

**JOB:**      **Baruch College - Site B**

**RE:**       **GC2-202, ND #1775**

...............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $9,933.00 is for providing all labor, equipment and material necessary to install hydraulic cement base in areas left out by the underlayment subcontractor. This was due to accelerating the work schedule in order to open the building on the college target date of August 27, 2001. This work was recorded on a time and material ticket basis.

During the final push to open the building on time for the college fall semester, the flooring subcontractor installed quick-setting hydraulic cement in lieu of Conflow underlayment material. The Conflow product has to be placed in layers with lengthy periods of time to cure. Since the work schedule had been increased to meet the opening target date, the hydraulic cement was placed in fill-in areas left out by the underlayment subcontractor. These areas predominantly encompassed fill-ins around the elevators.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Field X.

DASNY_TRAVELERS2 154913

# TDX CONSTRUCTION CORPORATION

## Baruch College - Site B

### CHANGE ORDER MEMORANDUM OF JUSTIFICATION AND NEGOTIATION

CHANGE ORDER NO: GC2-202

CONTRACTOR:    Trataros Construction, Inc.

DESCRIPTION OF CHANGE:

Provide all labor, equipment and material necessary to install hydraulic cement base in areas left out by the underlayment subcontractor. This was due to accelerating the work schedule in order to open the building on the college target date of August 27, 2001. This work was recorded on a time and material ticket basis.

REASON FOR CHANGE:

During the final push to open the building on time for the college fall semester, the flooring subcontractor installed quick-setting hydraulic cement in lieu of Conflow underlayment material. The Conflow product has to be placed in layers with lengthy periods for time to cure. Since the work schedule had been increased to meet the opening target date, the hydraulic cement was placed in fill-in areas left out by the underlayment subcontractor. These areas predominantly encompassed fill-ins around the elevators.

RECORD OF NEGOTIATIONS:

The Contractor submitted a proposal dated 1/24/03 in the amount total $11,287.29.
TDX estimated the cost to be $9,933.00.
The Contractor accepted the estimate.

DASNY_TRAVELERS2 154914

# <u>TDX DIRECTIVE</u>

## <u>Dated:    7/12/01</u>

## <u>Change Order No.:   GC2-202   </u>

DASNY_TRAVELERS2 154915



**TDX** CONSTRUCTION CORPORATION

Baruch College Field Office  137 East 25th Street, 6th Floor, New York, NY 10010

212 679 0031
212 679 0037 FAX
www.tdxconstruction.com

July 12, 2001

Trataros Construction Inc.
55 Lexington Avenue
New York, NY 10010

Attn:  John Clarke

RE:    *Baruch College - Site "B"*
       Contract No. 16 - G. C. #2
       ND #1288  1775

Gentlemen:

You are hereby directed to repair the terrazzo base through out the building that was damaged by others.

Please proceed immediately and advise if there is any cost impact to your contract.

Very truly yours,
*TDX Construction Corporation*

John J. McCullough, P.E.
Project Manager

RL/kdl
Cc:    N. D'Ambrosio
       J. Barrera
       T. Mockler
       J. Jones, Jr.
       ND #1288

Ltr Trataros ND#1288

DASNY_TRAVELERS2 154916

# TDX CHANGE ORDER ESTIMATE

## Change Order No.:   GC2-202

DASNY_TRAVELERS2 154917

1

 **TDX CONSTRUCTION CORPORATION**

| | | |
|---|---|---|
| PROJECT: BARUCH COLLEGE SITE 'B' | DATE: | 1/20/03 |
| SUBJECT:  ND# 1775 -- GC2-202 (CROCETTI - T&M) | | |

## T&M TICKETS: TERRAZZO FLOORING

| ITEM | QTY | UNIT | UN COST | TOTAL ($) |
|---|---|---|---|---|
| I.   Material | 1 | ls | $  1,516.00 | $      1,516.00 |
| II.   Labor | | | | |
| Mechanic Foreman | 16 | hr | $      67.37 | $      1,077.92 |
| General Foreman | 7 | hr | $      67.37 | $      471.59 |
| Mechanic | 23 | hr | $      61.84 | $      1,422.32 |
| Foreman Helper | 7 | hr | $      65.69 | $      459.83 |
| Finisher | 37 | hr | $      60.17 | $      2,226.29 |
| | | | | |
| TOTAL BASE (I & II) = | | | | $      7,173.95 |
| OH&P | 20% | | | $      1,434.79 |
| III.   PREMIUM TIME: | | | | |
| General Foreman | 7 | hr | $      29.19 | $      204.33 |
| Mechanic | 7 | hr | $      29.19 | $      204.33 |
| Foreman Helper | 7 | hr | $      28.29 | $      198.03 |
| TOTAL (III) = | | | | $      606.69 |
| TOTAL (SUBCONTRACTOR) = | | | | $      9,215.43 |
| GC MARKUP 10,5,3% = | | | | $      717.40 |
| | | | | |
| **TOTAL =** | | | | **$      9,933** |

DASNY_TRAVELERS2 154918

2

## I.  MATERIAL

| ITEM | QTY | UNIT | UN COST | TOTAL ($) |
|------|-----|------|---------|-----------|
| Hydraulic Cem. | 35 | bag | $ 25.00 | $ 875.00 |
| Sand | 150 | bag | $ 2.50 | $ 375.00 |
| Latex Primer | 3.5 | gal | $ 12.00 | $ 42.00 |
| Epoxy | 8 | gal | $ 28.00 | $ 224.00 |
| | 196.5 | | | |

**TOTAL (I) =**                                   $   1,516.00

| TICKET | DATE | ITEM | QTY | UNIT | AMOUNT | TOTAL |
|--------|------|------|-----|------|--------|-------|
| 2106 | 3/7/01 | Hydraulic Cem. | 12 | bag | 1 | 12 |
| " | " | Sand | 48 | bag | 1 | 48 |
| 2132 | 3/29/01 | Hydraulic Cem. | 5 | bag | 1 | 5 |
| " | " | Sand | 25 | bag | 1 | 25 |
| " | " | Epoxy | 3 | gal | 1 | 3 |
| 2166 | 10/25/01 | Hydraulic Cem. | 10 | bag | 1 | 10 |
| " | " | Sand | 40 | bag | 1 | 40 |
| " | " | Latex Primer | 2 | gal | 1 | 2 |
| 2167 | 10/26/01 | Hydraulic Cem. | 8 | bag | 1 | 8 |
| " | " | Sand | 37 | bag | 1 | 37 |
| " | " | Latex Primer | 1.5 | gal | 1 | 1.5 |
| " | " | Epoxy | 5 | gal | 1 | 5 |

## II.  LABOR

| TICKET | DATE | M. FRMN | MECH. | GEN. FRMN | FINISHER | FINISHER |
|--------|------|---------|-------|-----------|----------|----------|
| 2104 | 3/1/01 | 7 | | | 7 | |
| 2105 | 3/2/01 | | 7 | | 7 | |
| 2106 | 3/7/01 | | 7 | | 7 | |
| 2107 | 3/8/01 | | 7 | | 7 | |
| 2109 | 3/12/01 | 2 | 2 | | 2 | |
| 2132 | 3/26/01 | 7 | | | 7 | |
| 2167 | 10/26/01 | | | 7 | | 7 |

**TOTAL (II) =**        16        23        7        37        7

## III.  PREMIUM TIME

| TICKET | DATE | GEN FRMN | MECH. | FRM HELPER |
|--------|------|----------|-------|------------|
| 2166 | 10/25/01 | 7 | 7 | 7 |

**TOTAL (III) =**        7        7        7

MAT & LAB                    10:13 AM 1/20/03

DASNY_TRAVELERS2 154919

**crocetti**

C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**

**2104**

| | |
|---|---|
| PROJECT NAME  BARUCH COLLEGE | JOB NO.  98106        DATE  3/1/01 |
| ADDRESS  55TH & LEXINGTON | PREPARED BY  RAY TOPOLI |
| FLOOR/LEVEL  11TH    SPACE/AREA  ELEVATOR AREA | FIELD/WORK ORDER |
| SEND INVOICE TO  TRATAROS CONSTRUCTION | ATTENTION |
| DESCRIPTION OF WORK    DATE WORK PERFORMED  3/1/01 | PX NO. (PENDING EXTRA) |

FILL IN AREAS AROUND ELEVATORS LEFT OUT BY UNDER-
LAYMENT INSTALLER

**LABOR SUMMARY**

| CLASSIFICATION | NO. MEN | REG. HRS | O.T. | DOUBLE HRS | TOTAL HRS |
|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | |
| MECHANIC FOREMAN | | | | | |
| MECHANIC | 1 | 7 | | | 7 |
| FINISHER FOREMAN | | | | | |
| FINISHER | | | | | |
| MARBLE POLISHER FOREMAN (SHOP) | 1 | 7 | | | 7 |
| MARBLE POLISHER (SHOP) | | | | | |
| TRUCK DRIVER | | | | | |
| WAREHOUSE | | | | | |
| FOREMAN HELPERS | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

**MATERIAL AND EQUIPMENT**

| QTY. | DESCRIPTION | DELIVERED | DESCRIPTION |
|---|---|---|---|
| | | | |

"This acknowledgement is for time
and material only, and is not an
acknowledgement that the work
involved is in fact a contract
modification."

SALES TAX

separate work order daily for each job.
Combine jobs/days.

Authorized representative (sign)          (Print)

representative

**crocetti**
C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

# WORK ORDER

## 2105

| PROJECT NAME BARUCH COLLEGE | JOB NO. 98106 | DATE 3/2/01 |
|---|---|---|
| ADDRESS 25TH & LEXINGTON | PREPARED BY RAY TOFFOLI | |
| FLOOR/LEVEL 11TH   SPACE/AREA ELEVATOR AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO TRATAROS CONSTRUCTION | ATTENTION | |
| DESCRIPTION OF WORK   DATE WORK PERFORMED 3/2/01 | PX NO. (PENDING EXTRA) | |

FILL IN AREAS AROUND ELEVATORS LEFT OUT BY UNDER-
LAYMENT CONTRACTOR

## LABOR SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | |
| MECHANIC FOREMAN | | | | | |
| MECHANIC | | | | | |
| FINISHER FOREMAN | 1 | 7 | | 7 | |
| FINISHER | | | | | |
| MARBLE POLISHER FOREMAN (SHOP) | 1 | 7 | | 7 | |
| MARBLE POLISHER (SHOP) | | | | | |
| TRUCK DRIVER | | | | | |
| WAREHOUSE | | | | | |
| FOREMAN HELPERS | | | | | |

T = Tile     M = Marble     TR = Terrazzo     E = Exterior

## MATERIAL AND EQUIPMENT

"This acknowledgement is for time
and material only, and is not an
acknowledgement that the work
involved is in fact a contract
modification."

SALES TAX

Use a separate work order daily for each job.
Combine jobs/days.

Owner or authorized representative (sign)                    (Print)

Representative

DASNY_TRAVELERS2 154921

**rocetti**
C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**

**2106**

| ECT NAME BARUCH COLLEGE | JOB NO. 622 98106 | DATE 3/7/01 |
|---|---|---|
| RESS 25th E LEXINGTON | PREPARED BY RAY TOFFOLI | |
| OR/LEVEL 8th | SPACE/AREA ELEVATOR AREA | FIELD/WORK ORDER |
| INVOICE TO TRATAROS CONSTRUCTION, INC. | ATTENTION | |
| CRIPTION OF WORK | DATE WORK PERFORMED 3/7/01 | PX NO. (PENDING EXTRA) |

FILL IN AREAS LEFT OUT BY UNDERLAYMENT INSTALLER

**LABOR SUMMARY**

| | CLASSIFICATION | | | | | |
|---|---|---|---|---|---|---|
| | GENERAL FOREMAN | .24 | | | | |
| | MECHANIC FOREMAN | .61 | | | | |
| | MECHANIC | 1 | 7 | | 7 | |
| | FINISHER FOREMAN | 7 | | | | |
| | FINISHER | 1 | 7 | | 7 | |
| | MARBLE POLISHER FOREMAN (SHOP) | | | | | |
| | MARBLE POLISHER (SHOP) | | | | | |
| | TRUCK DRIVER | | | | | |
| | WAREHOUSE | | | | | |
| | FOREMAN HELPERS | | | | | |

T = Tile     M = Marble     TR = Terrazzo     E = Exterior

**MATERIAL AND EQUIPMENT**

| | | | |
|---|---|---|---|
| 12 BAGS HYDRAULIC CEMENT | | | |
| 48 SAND | | | |

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

| | SALES TAX | → |
|---|---|---|

a separate work order daily for each job.
combine jobs/days.

authorized representative (sign)          (Print)

representative

**crocetti**
C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**

**2107**

| [PRO]JECT NAME BARUCH COLLEGE | JOB NO 98106 | DATE 3/8/01 |
|---|---|---|
| [AD]DRESS 25TH & LEXINGTON | PREPARED BY RAY TOPFOLI | |
| [FLO]OR/LEVEL 8TH    SPACE/AREA ELEVATOR AREA | FIELD/WORK ORDER | |
| [SEN]D INVOICE TO TRATAROS CONSTRUCTION | ATTENTION | |
| [DESC]RIPTION OF WORK    DATE WORK PERFORMED 3/8/01 | PX NO. (PENDING EXTRA) | |

FILL IN AREAS LEFT OUT BY UNDERLAYMENT INSTALLER

## LABOR SUMMARY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | | | |
| MECHANIC FOREMAN | | | | | | | |
| MECHANIC | | 1 | 7 | | | 7 | |
| FINISHER FOREMAN | | | | | | | |
| FINISHER | | 1 | 7 | | | 7 | |
| MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| MARBLE POLISHER (SHOP) | | | | | | | |
| TRUCK DRIVER | | | | | | | |
| WAREHOUSE | | | | | | | |
| FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| | | | |
|---|---|---|---|
| SEE WORK ORDER #2106 | | | |
| | | | |
| | | | |
| | | | |
| | | SALES TAX | → |

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

[Use] a separate work order daily for each job.
[Do not] combine jobs/days.

[Owner] or authorized representative (sign)    (Print)

[Crocetti] Representative

**WORK ORDER**

**2109**

**crocetti**
C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| | | | |
|---|---|---|---|
| PROJECT NAME BARUCH COLLEGE | | JOB NO. 98106 | DATE 3/12/01 |
| ADDRESS 25TH & LEXINGTON | | PREPARED BY RAY TOFFOLI | |
| FLOOR/LEVEL 8TH | SPACE/AREA ELEVATOR AREA | FIELD/WORK ORDER | |
| AND INVOICE TO TRATAROS CONSTRUCTION | | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 3/12/01 | PX NO. (PENDING EXTRA) | |

INSTALL UNDERLAYMENT @ ELEVATORS

## LABOR SUMMARY

| CLASSIFICATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | | | |
| MECHANIC FOREMAN | | | | | | | |
| MECHANIC | | 1 | 2 | | | 2 | |
| FINISHER FOREMAN | | 1 | 2 | | | 2 | |
| FINISHER | | | | | | | |
| MARBLE POLISHER FOREMAN (SHOP) | | 1 | 2 | | | 2 | |
| MARBLE POLISHER (SHOP) | | | | | | | |
| TRUCK DRIVER | | 1 | | | | | |
| WAREHOUSE | | | | | | | |
| FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

| | | |
|---|---|---|
| Use a separate work order daily for each job. Do not combine jobs/days. | | SALES TAX |
| _Anthony Macaluso_ authorized representative (sign) | (Print) | ⟶ |
| representative | | |

DASNY_TRAVELERS2 154924

**WORK ORDER**

**2132**

Procetti
C R A M I C
M R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| CT NAME BARUCH COLLEGE | JOB NO. 98106 | DATE 3/29/01 |
|---|---|---|
| ESS 55 LEXINGTON AVE. | PREPARED BY RAY TOFFOLI | |
| R/LEVEL 11   SPACE/AREA LOBBY | FIELD/WORK ORDER | |
| INVOICE TO RATAROS CONSTRUCTION | ATTENTION | |
| RIPTION OF WORK   DATE WORK PERFORMED 3/26/01 | PX NO. (PENDING EXTRA) | |

FILL IN AREAS AROUND ELEVATORS LEFT OUT BY UNDER-
LAYMENT INSTALLER

**LABOR SUMMARY**

| | CLASSIFICATIONS | | | | | | |
|---|---|---|---|---|---|---|---|
| | GENERAL FOREMAN | | | | | | |
| ✓ | MECHANIC FOREMAN | 1 | 7 | | | 7 | |
| | MECHANIC | | | | | | |
| | FINISHER FOREMAN | | | | | | |
| ✓ | FINISHER | 1 | 7 | | | 7 | |
| | MARBLE POLISHER FOREMAN (SHOP) | | | | | | |
| | MARBLE POLISHER (SHOP) | | | | | | |
| | TRUCK DRIVER | | | | | | |
| | WAREHOUSE | | | | | | |
| | FOREMAN HELPERS | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

**MATERIAL AND EQUIPMENT**

| | DESCRIPTION | | PER COST | EXTENDED COST |
|---|---|---|---|---|
| 3 GALS | EPOXY | | 28.00 | 84.00 |
| 5 BAGS | MAPOCEM HYDRAULIC CEMENT | | 25.00 | 125.00 |
| 5 " | SAND | | | 62.50 |

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

SALES TAX ➡

e a separate work order daily for each job.
t combine jobs/days.

ter authorized representative (sign)                    (Print)

Representative

DASNY_TRAVELERS2 154925

**WORK ORDER**

**crocetti**

C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

Bags    2167

| PROJECT NAME  BARUCH COLLEGE | | JOB NO. | DATE  Oct. 25, 2001 |
|---|---|---|---|
| ADDRESS | | PREPARED BY  E. Sweeney | |
| FLOOR/LEVEL  MAIN FLOOR | SPACE/AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO | | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED  10.26.01 | PX NO. (PENDING EXTRA) | No ND # Required |

**LABOR SUMMARY**

| T | M | TR | E | CLASSIFICATION | NO. OF JOB MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL FOREMAN | | 7 | | | | |
| | 1 | | | MECHANIC FOREMAN | | | | | | |
| | | | | MECHANIC | | | | | | |
| | | | | FINISHER FOREMAN | | | | | | |
| | | | | FINISHER | | | | | | |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | |
| | | | | MARBLE POLISHER (SHOP) | | | | | | |
| | | | | TRUCK DRIVER | | | | | | |
| | | | | WAREHOUSE | | | | | | |
| | 1 | | | FOREMAN HELPERS | | 7 | | | | |

T = Tile        M = Marble        TR = Terrazzo        E = Exterior

**MATERIAL AND EQUIPMENT**

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | Fill in badge by securing area | | |
| | 5 gal. of epoxy | | |
| | 9 bags of hydraulic cement | | |
| | 30 bags of sand | | |
| | 1½ gal. of latex primer | | |
| | | SALES TAX | |
| | | TOTAL ➡ | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

_____    _____
Customer authorized representative (sign)        (Print)

G.M.C. Representative

DASNY_TRAVELERS2 154926

**WORK ORDER**

**2166**

crocetti

C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

( 24 )

Bags

| PROJECT NAME BARUCH COLLEGE | | JOB NO. | DATE Oct. 25, 2001 |
|---|---|---|---|
| ADDRESS | | PREPARED BY Ed Sweeney | |
| FLOOR/LEVEL MAIN FLOOR | SPACE/AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO TRATAROS | | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 10-25-01 | PX NO. (PENDING EXTRA) | No NO # Required |

**LABOR SUMMARY**

| T | M | TR | E | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | | 1 | GENERAL FOREMAN | | | 7 | | | |
| | | | | | MECHANIC FOREMAN | | | | | | |
| ✓ | | | | 1 | MECHANIC | | | 7 | | | |
| | | | | | FINISHER FOREMAN | | | | | | |
| | | | | | FINISHER | | | | | | |
| | | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | |
| | | | | | MARBLE POLISHER (SHOP) | | | | | | |
| | | | | | TRUCK DRIVER | | | | | | |
| | | | | | WAREHOUSE | | | | | | |
| | | | | 1 | FOREMAN HELPERS | | | 7 | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

**MATERIAL AND EQUIPMENT**

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | fill in theatre lobby with | | |
| | hydraulic cement | | |
| | 10 bags of hydraulic | | |
| | 40 bags of sand | | |
| | 2 pair latex gloves | | |
| | | SALES TAX | |
| | | TOTAL ➡ | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

_____    _____
Customer authorized representative (sign)          (Print)

M C Representative

PRESS CUSTOM printing service

DASNY_TRAVELERS2 154927

# Reference Documents

## Change Order No.:GC2-169

## DRAWINGS:

A-104    GROUND FLOOR PLAN
A-112    8TH FLOOR PLAN
A-115    11TH FLOOR PLAN

DASNY_TRAVELERS2 154928



DASNY_TRAVELERS2 154929



DASNY_TRAVELERS2 154930

Kitchin Area

Baruch Academic Complex
Site B

A-115

DASNY_TRAVELERS2 154931

# Approved Wage Rates

## Change Order No.:    GC2-202

DASNY_TRAVELERS2 154932



**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

| | |
|---|---|
| Contractor Name: G.M. CROCETTI INC | Date: 9/26/02 |
| Address: 3960 MERRITT AVENUE | DASNY Project No.: |
| BRONX NY 10466 | Location: BARUCH COLLEGE |
| Telephone No.: 718 994 0100 | |

LABOR RATE BREAKDOWN     (Use a separate sheet for each trade and classification)
Trade: TERRAZZO ASSISTANT - FOREMAN
Check One Box Only:   Union Shop ☒   Local #: 7
                      Open Shop ☐
Effective Dates for Wage Rates:   From 7/1/01   To 12/31/01

| | | | | REGULAR TIME | PREMIUM TIME OVERTIME | DOUBLETIME |
|---|---|---|---|---|---|---|
| A. BASE RATE PER HOUR | | | | $30.82 | $45.88 | $61.33 |
| BENEFITS: (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | | |
| Vacation & Holiday | ☑ | % | $2.00 | 2.00 | 3.00 | 4.50 |
| Health & Welfare | ☐ | % | $5.60 | 5.60 | 11.20 | 11.20 |
| Pension | ☐ | % | $4.15 | 4.15 | 4.15 | 4.15 |
| Annuity | ☐ | % | $3.00 | 3.00 | 4.50 | 6.00 |
| INT'L BAC PAC | ☑ | % | $.03 | .03 | .045 | .06 |
| Supplemental Unemployment | ☐ | % | $2.00 | 2.00 | 2.00 | 2.00 |
| Security Fund DEFENSE FD. | ☑ | % | $.05 | .05 | .075 | .10 |
| LOCAL PAC | ☑ | % | $.02 | .02 | .03 | .04 |
| TRAVEL EXPENSE | ☑ | % | $1.42 | 1.42 | 1.42 | 1.42 |
| INT'L PENSION | ☐ | % | $1.50 | 1.50 | 1.50 | 1.50 |
| IPEI | ☐ | % | $.22 | .22 | .22 | .22 |
| PROMOTIONAL FUND | ☐ | % | $.10 | .10 | .10 | .10 |
| BURBUDG FUND | ☐ | % | $.10 | .10 | .15 | .20 |
| ① → FOREMANS PAY | ☑ | % | $4.29 | 4.29 | 4.29 | 4.29 |
| B. TOTAL BENEFITS PER HOUR | | | $24.48 | $24.48 | 32.68 | 35.88 |
| PAYROLL TAXES AND INSURANCE | | | | | | |
| FICA | | 7.65 % | | 2.44 | 4.20 | 5.45 |
| Federal Unemployment | | .80 % | | .31 | .44 | .57 |
| State Unemployment | | 3.78 % | | 1.42 | | 2.68 |
| Workman's Compensation | | 8.13 % | | 3.25 | 2.03 | 6.15 |
| Disability | | .40% | | .15 | 4.94 | .15 |
| Gen. LIABILITY | | 6.50 % | | 2.50 | .15 | 2.50 |
| (hourly base rate plus taxable benefits) | | % | | | 2.50 | |
| C. TOTAL TAXES AND INSURANCE PER HOUR | | | | $10.64 | 14.06 | 17.46 |
| D. TOTAL LABOR RATE   (A + B + C) = | | | | $65.94 | 92.62 | 113.88 |

SECTION D: CONTRACTOR'S CERTIFICATION
*I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe-benefit amounts, and expenses are the actual and true costs incurred.*

Signature _____
Print Name of Authorized Representative: MICHAEL E. BOBAR
Print Title: PAYROLL MANAGER

MICHAEL ZANZANO
Notary Public, State of New York
No. 60 499-7762
Qualified in Westchester
Certified Filed in ...
Commission Expires Aug. 31, 2003

Sworn before me this 26 day of Sept 2002
_____ Notary Public

*Jmr 9/10/02*
COST CONTROL UNIT
DORMITORY AUTHORITY

Pay roll taxes & insurance %'s apply to gross pay as follows

CCCU - 02-26-2001

| Reg Time | 1½ x | 2 x |
|---|---|---|
| 38.48 | 54.82 | 71.75 |

SEP 05 2002 19:36

① One hour extra pay-per day. 32.82  &  $150/wk   TOTAL P.02   150/35 =

** TOTAL PAGE.03 **

DASNY_TRAVELERS2 154933

06/11/2002 13:47 FAX 518 257 3468     DASNY 3rd FLOOR     ☑002

MAY 09 2002 14:45 FR GM CROCETTI     7189944505 TO 12126790037     P.03/03
PAGE 2/3



**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

| Contractor Name: | G M CROCETTI INC | Date: | 5/8/02 |
|---|---|---|---|
| Address: | 3960 MERRITT AVENUE | DASNY Project No: | |
| | BRONX N.Y. 10466 | Location: | BARUCH COLLEGE |
| Telephone No: | | | SITE B |

LABOR RATE BREAKDOWN     (Use a separate sheet for each trade and classification)
Trade: TERRAZZO ASSISTANT
Check One Box Only:    Union Shop: ☒    Local #: 7
                       Open Shop: ☐
Effective Dates for Wage Rates:   From 7/1/01   To 12/31/01

| | | | | REGULAR TIME | PREMIUM TIME | |
|---|---|---|---|---|---|---|
| | | | | | Overtime | Doubletime |
| **A. BASE RATE PER HOUR** | | | | 33.57 | 45.36 | 56.14 |
| | | | | | 15.80 | |
| **BENEFITS:** (Check All Taxable Benefits That Apply) | Taxable Benefit | % per hour | $ per hour | | | |
| Vacation & Holiday | ☑ | % | $ 2.00 | 2.00 | 3.00 | 4.00 |
| Health & Welfare | | % | $ 5.40 | 5.40 | 11.60 | 11.60 |
| Pension | | % | $ 4.15 | 4.15 | 4.15 | 4.15 |
| Annuity | | % | $ 3.00 | 3.00 | 4.50 | 6.00 |
| WEL BAC PAC % | | % | $ .03 | .03 | .045 | .06 |
| Supplemental Unemployment | | % | $ 2.00 | 2.00 | 2.00 | 2.40 |
| Security Fund (WHEN SL FD) | ☑ | % | $ .05 | .05 | .075 | .10 |
| LOCAL PAC | ☑ | % | $ .02 | .02 | .03 | .04 |
| TRAVEL EXPENSE | ☑ | % | $ 1.42 | 1.42 | 1.42 | 1.42 |
| INT'L PENSION | | % | $ 1.50 | 1.50 | 1.50 | 1.50 |
| JMT | | % | $ .22 | .22 | .22 | .22 |
| PROMOTIONAL FUND | | % | $ .10 | .10 | .10 | .10 |
| AUXILIARY FUND | ☑ | % | $ .10 | .10 | .15 | .20 |
| (Identify Taxable Benefits) | | % | $ | | | |
| **B. TOTAL BENEFITS PER HOUR** | | | $ 20.12 | 20.14 | 24.99 | 29.94 |
| **PAYROLL TAXES AND INSURANCE** | | | | | | |
| FICA | | 7.65 % | | 2.60 | 3.85 | 5.12 |
| Federal Unemployment | | .80 % | | .27 | .40 | .13 |
| State Unemployment | | 3.20 % | | 1.06 | 1.86 | 2.46 |
| Workmen's Compensation | | 8.53 % | | 2.93 | 4.31 | 5.74 |
| Disability | | .40 % | | .14 | .14 | .14 |
| General Liability | | 6.50 % | | 2.21 | 2.21 | 2.21 |
| (hourly base rate plus taxable benefits) $ _____ times ____ | | 27.68 % | | | | |
| **C. TOTAL TAXES AND INSURANCE PER HOUR** | | | | $ 9.41 | $ 12.80 | $ 16.28 |
| **D. TOTAL LABOR RATE     (A+B+C) =** | | | | $ 60.10 | $ 87.06 | $ 100.41 |

Jan 6/11/02   COST CONTROL UNIT   DORMITORY AUTHORITY

**SECTION D: CONTRACTOR'S CERTIFICATION**     ($60.17)   $ 87.06   $ 103.41

*I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.*

Michael E. Boll
Signature                                                   Sworn before me this 9 day of MAY 2002

MICHAEL E. BOLL                                            _____
Print Name of Authorized Representative                    Notary Public

PAYROLL MANAGER
Print Title                                                MICHAEL ZANZANO
                                                          Notary Public, State of New York
                                                          No. 60 4885-7785
                                                          Qualified in Westchester County
                                                          Certificate Filed in Bronx County
                                                          Commission Expires Aug 31, 2005

CCCU - 02-26-2001

① P/R TAXES & INS. %'s apply to gross pay as follows:

| Reg Time | 1½ x | 2 x |
|---|---|---|
| 33.57 | 50.35 | 66.75 |

JAN 08 2002 11:24

06/11/2002 13:48 FAX 518 257 3468        DASNY 3rd FLOOR        ☒003

MAY 09 2002 14:45 FR GM CROCETTI        7189944505 TO 12126790037        P.02/03
                                                                  PAGE    2/3



**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

Contractor Name: GM Crocetti Inc.        Date: 5/8/02
Address: 3960 Merritt Ave        DASNY Project No:
Bronx, NY 10466        Location: Baruch College Sit B
Telephone No: (718) 994-0900

LABOR RATE BREAKDOWN        (Use a separate sheet for each trade and classification)
Trade: Cement Terrazzo Mechanic
Check One Box Only:    Union Shop: ☒    Local #: 7
                       Open Shop: ☐
Effective Dates for Wage Rates: From 7/1/01 To 12/31/01

| | | | | REGULAR TIME | PREMIUM TIME Overtime Doubletime |
|---|---|---|---|---|---|
| A. BASE RATE PER HOUR | | | | 9 51.88 | 9 78.25 - 95.76 |
| BENEFITS: (Check All Taxable) | Taxable Benefits | % per hour | $ per hour | | 47.82 |
| Benefits That Apply: | | | | | |
| Vacation & Holiday | ☑ | % | $ 2.00 | 2.00 | 3.00 | 4.00 |
| Health & Welfare | | % | $ 5.60 | 5.60 | 11.20 | 11.20 |
| Annuity | | % | $ 4.15 | 4.15 | 6.15 | 4.15 |
| International & MCPA | | % | $ 3.00 | 3.00 | 4.60 | 6.00 |
| Local PAC | ☑ | % | $ .03 | .03 | .045 | .04 |
| Security Fund (Benefit Fund) | ☑ | % | $ .02 | .02 | .04 | .04 |
| Travel Expense | ☑ | % | $ .05 | .05 | .075 | .10 |
| International Pension | | % | $ 1.42 | 1.42 | 1.42 | 1.42 |
| IMI | | % | $ 1.50 | 1.50 | 1.50 | 1.50 |
| Promotional Fund | | % | $ .22 | .22 | .22 | .22 |
| Building Fund | ☑ | % | $ .10 | .10 | .10 | .10 |
| ✱WELFARE Svr. B. Fund | ☑ | % | $ 2.00 | 2.00 | 2.00 | 2.00 |
| (Monthly Taxable Benefits) | | % | $ | | | |
| B. TOTAL BENEFITS PER HOUR | | | $ 28.19 | | | |
| PAYROLL TAXES AND INSURANCE | | | | | | |
| FICA | | 7.65 % | | 2.70 | 26.39 4.00 | 5.29 |
| Federal Unemployment | | .80 % | | .28 | .42 | .43 |
| State Unemployment | | 3.70 % | | 1.31 | 4.51 | 2.56 |
| Workman's Compensation | | 8.63 % | | 3.05 | 4.51 | 5.97 |
| Disability | | .40 % | | .14 | .14 | .14 |
| General Liability | | 6.50 % | | 2.29 | 2.29 | 2.29 |
| (Hourly taxes each plus taxable benefits & monthly) | | 27.68% | | | | |
| C. TOTAL TAXES AND INSURANCE PER HOUR | | | | $ 9.77 | $ 13.29 | $ 16.80 |
| D. TOTAL LABOR RATE    (A + B + C) = | | | | $ 61.84 | | |

SECTION D: CONTRACTOR'S CERTIFICATION        $ 101.84    $ 89.50    $ 111.55

I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.

Signature: _____
Print Name of Authorized Representative: MICHAEL E. ROBBE
Print Title: PAYROLL MANAGER

Sworn before me this 9 day of May 20__
Notary Public: _____

MICHAEL ZANZANO
Notary Public, State of New York
No. 02-466-7768
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires Aug 31, 2005

✱ Supplemental Unemployment - Benefit Fund

CCCU - 02.26.2001    ① P/R Taxes & Insurance %'s apply to gross taxable as follows

Reg fund    1½x    2x

DASNY_TRAVELERS2 154935

SEP 26 2002 16:12  FR GM CROCETTI        718944505 TO 15182573100        P.02/03



**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

| Contractor Name: G.M. CROCETTI INC | Date: 9/26/02 |
| Address: 3960 MERRITT AVENUE | DASNY Project No.: |
| BRONX NY 10466 | Location: BARUCH COLLEGE |
| Telephone No.: 718 994 0900 | |

LABOR RATE BREAKDOWN    (Use a separate sheet for each trade and classification)

Trade: TERRAZZO MECHANIC - FOREMAN

Check One Box Only:    Union Shop: ☒    Local #: 7
                       Open Shop: ☐

Effective Dates for Wage Rates:    From 7/01/01    To 12/31/01

| | | | | REGULAR TIME | PREMIUM TIME OVERTIME | PREMIUM TIME DOUBLETIME |
|---|---|---|---|---|---|---|
| **A. BASE RATE PER HOUR** | | | | $31.88 | 47.82 | 63.76 |
| **BENEFITS:** (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | | |
| Vacation & Holiday | ☑ | % | $ 2.00 | 2.00 | 3.00 | 4.00 |
| Health & Welfare | ☐ | % | $ 5.60 | 5.60 | 11.20 | 11.20 |
| Pension | ☐ | % | $ 4.15 | 4.15 | 4.15 | 4.15 |
| Annuity | ☐ | % | $ 3.00 | 3.00 | 4.50 | 6.00 |
| INT'L BAC AAC | ☑ | % | $ .03 | .03 | .045 | .06 |
| LOCAL PAC | ☑ | % | $ .02 | .02 | .03 | .04 |
| DEFENSE FUND | ☑ | % | $ .05 | .05 | .075 | .10 |
| TRAVEL EXPENSE | ☑ | % | $ 1.42 | 1.42 | 1.42 | 1.42 |
| INT'L PENSION | ☐ | % | $ 1.50 | 1.50 | 1.50 | 1.50 |
| I.M.I | ☐ | % | $ .22 | .22 | .22 | .22 |
| PROMOTIONAL FUND | ☐ | % | $ .10 | .10 | .10 | .10 |
| BUILDING FUND | ☑ | % | $ .10 | .10 | .15 | .20 |
| WELFARE SUB FUND | ☐ | % | $ 2.00 | 2.00 | 2.00 | 2.00 |
| FOREMANS PAY | ☑ | % | $ 4.29 | 4.29 | 4.29 | 4.29 |
| **B. TOTAL BENEFITS PER HOUR** | | | $ 24.48 | 24.48 | 32.68 | 35.13 |

**PAYROLL TAXES AND INSURANCE**

| | | | | | |
|---|---|---|---|---|---|
| FICA | 7.65 % | | 3.02 | 4.15 | 5.45 |
| Federal Unemployment | .70 % | | .32 | .45 | .59 |
| State Unemployment | 3.70 % | | 1.47 | 2.5 | 2.73 |
| Workman's Compensation | 8.65 % | | 3.43 | 4.90 | 6.37 |
| Disability | .40 % | | .16 | .16 | .16 |
| | 6.60 % | | 2.59 | 2.59 | 2.59 |
| | % | | | | |

(hourly base rate plus taxable benefits) $_____ times _____

| **C. TOTAL TAXES AND INSURANCE PER HOUR** | $ 11.85 | 14.55 | 18.04 |
| **D. TOTAL LABOR RATE    (A + B + C) =** | $ 67.93 | 95.05 | 117.12 |

Jun 9/30/02

COST CONTROL UNIT
DORMITORY AUTHORITY

**SECTION D: CONTRACTOR'S CERTIFICATION**

*I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.*

Signature _____

MICHAEL E. BOSSE
Print Name of Authorized Representative

PAYROLL MANAGER
Print Title

MICHAEL ZANZANO
Notary Public, State of New York
No. 30 483-7763
Qualified in Westchester Co.
Certificate Filed in Bronx County
Commission Expires Aug 31, 2003

Sworn before me this 26 day of Sept 2002

COST CONTROL UNIT
DORMITORY AUTHORITY

P/R TAXES & INSURANCE %'s
CCCU - 02-26-2001 APPLY TO GROSS TAXABLE
AS FOLLOWS:

Reg Time   1½   2X
39.99     56.8  73.82

SEP 05 2002 19:36

COST CONTROL UNIT
DORMITORY AUTHORITY

TOTAL P.02
PAGE.02

DASNY_TRAVELERS2 154936

# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>                                 Plaintiff,<br><br>          - against -<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP., and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>                             Defendants. | Case No.<br>07 Civ. 6915 (DLC)<br><br>**DEFENDANT DORMITORY AUTHORITY OF THE STATE OF NEW YORK'S <u>INITIAL DISCLOSURES</u>** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,<br><br>                       Third-Party Plaintiffs,<br><br>          - against –<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>                     Third-Party Defendant. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>                     Fourth-Party Plaintiffs,<br><br>          - against –<br><br>CAROLINA CASUALTY INSURANCE COMPANY, BARTEC INDUSTRIES, INC., DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION, SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC, KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., UNITED STATES FIRE INSURANCE COMPANY, ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY, OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP, HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY), JOHN DOES 1-20 AND XYZ CORPS. 1-20,<br><br>                     Fourth-Party Defendants. | |

Pursuant to Fed. R. Civ. P. 26(a)(1), defendant Dormitory Authority of the State of New

York ("DASNY"), by its undersigned counsel, makes the following initial disclosures:

    A.    The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

| INDIVIDUAL | SUBJECTS OF INFORMATION |
|---|---|
| Jay Goldstein<br>c/o DASNY<br>One Penn Plaza<br>52nd Floor<br>New York, New York  10119-0098<br>(212) 273-5000 | Administration of Project, primarily after substantial completion. |
| Chuck Bartlett<br>c/o DASNY<br>515 Broadway<br>Albany, New York  12207-2964<br>(518) 257-3000 | Review and administration of requests for contract adjustments and claims. |
| Douglas M. Van Vleck<br>c/o DASNY<br>515 Broadway<br>Albany, New York  12207-2964<br>(518) 257-3000 | Administration of DASNY's construction program and administration of the Project. |
| Enrico J. Bianchi AIA<br>c/o DASNY<br>515 Broadway<br>Albany, New York  12207-2964<br>(518) 257-3000 | Administration of Project. |
| Michael Kolk AIA<br>c/o DASNY<br>One Penn Plaza<br>52nd Floor<br>New York, New York  10119-0098<br>(212) 273-5000 | Administration of Project. |
| Nicholas D'Ambrosio<br>c/o DASNY<br>One Penn Plaza | Management and administration of Project construction. |

| | |
|---|---|
| 52nd Floor<br>New York, New York  10119-0098<br>(212) 273-5000 | |
| John Mueller<br>c/o DASNY<br>515 Broadway<br>Albany, New York  12207-2964<br>(518) 257-3000 | Review and administration of requests for contract adjustments and claims. |
| James H. Jones, P. E.<br>c/o TDX Construction Corp.<br>345 Seventh Avenue<br>New York, New York  10001<br>(212) 279-1981 | Management of Project. |
| John McCullough<br>c/o STV Construction<br>225 Park Ave. South<br>New York, New York  10003<br>(212) 777-4400 | Management of Project construction. |
| Ray Leu<br>c/o TDX Construction<br>345 Seventh Avenue<br>New York, New York  10001<br>(212) 279-1981 | Management of Project construction. |
| James R. Jones<br>c/o TDX Construction<br>345 Seventh Avenue<br>New York, New York  10001<br>(212) 279-1981 | General Project administration. |
| Anthony Mockler<br>c/o TDX Construction<br>345 Seventh Avenue<br>New York, New York  10001<br>(212) 279-1981 | General Project administration. |
| Boris Alperovich<br>c/o TDX Construction<br>345 Seventh Avenue<br>New York, New York  10001<br>(212) 279-1981 | General Project administration. |
| John Barrera | General Project administration. |

| | |
|---|---|
| c/o TDX Construction<br>345 Seventh Avenue<br>New York, New York 10001<br>(212) 279-1981 | |
| William Larson-White<br>c/o TDX Construction<br>345 Seventh Avenue<br>New York, New York 10001<br>(212) 279-1981 | Administration with respect to Project's mechanical systems. |
| Tom Spinthourakis<br>c/o TDX Construction<br>345 Seventh Avenue<br>New York, New York 10001<br>(212) 279-1981 | General Project administration; Trataros' work on Project. |

DASNY reserves the right to supplement, amend or modify this list as discovery in this action progresses.

   B.    A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

The categories of information that DASNY may use include the following: bid proposals, budgets, estimates, contracts, bulletins, addenda, subcontracts, payment and performance bonds, plans, drawings, specifications, shop drawings, submittals, change order proposals, change orders, claims, correspondence, memoranda, transmittals, notices of direction, schedules, payment applications and supporting documentation, daily reports, monthly progress reports, manpower reports, requests for information, testing reports, inspection reports, punch lists, meeting minutes, photographs and videotapes. This information is presently located at Baruch College, Information and Technology Building, 151 E. 25th Street, New York, New York.

DASNY reserves the right to supplement, amend or modify this list as discovery in this action progresses.

C.     A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

DASNY is seeking the following categories of damages from Travelers and/or Trataros in this case:

- Additional costs paid to Trataros' subcontractors attributable to Trataros' delays, disruptions and impacts – $1,805,621.

- Additional costs paid to other Prime Contractors attributable to Trataros' delays, disruptions and impacts – $4,651,373.

- Additional project management and administrative costs attributable to Trataros' delays, disruptions and impacts – $2,155,039.

- Cost to replace defective epoxy terrazzo flooring – estimated to cost at least $20,000,000.

DASNY is seeking the following categories of damages from KPF in this case:

- Additional costs paid to Trataros' subcontractors attributable to KPF's design errors and/or omissions – $2,800,149.

- Additional costs paid to Prime Contractors attributable to KPF's design errors and/or omissions - $7,800,050.

- Additional project management and administrative costs attributable to KPF's design errors and/or omissions – $5,897,617.

- Unreimbursed costs attributable to foundation design - $9,588,318.

- Potential liability for allegedly defective design of automatic temperature control systems - $11,200,000.

- Cost to remediate snow/ice accumulation issues attributable to design errors and/or omissions – estimated to cost at least $8,500,000.

Documents upon which DASNY's damages calculations are based will be made available for inspection and copying at Baruch College, Information and Technology Building, 151 E. 25th Street, New York, New York, at such date and time as can be mutually agreed upon by counsel. DASNY reserves the right to supplement, amend or modify its damages calculations as discovery in this action progresses.

D.    Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy a judgment.

Upon information and belief, DASNY does not control any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

Dated: New York, New York
        November 27, 2007

HOLLAND & KNIGHT LLP
*Attorneys for Defendants Dormitory*
*Authority of the State of New York and*
*TDX Construction Corp.*

By: _____
        Stephen B. Shapiro
        Timothy B. Froessel
        195 Broadway
        New York, New York  10007
        (212) 513-3200

- 6 -

To:    Eli J. Rogers, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike
North Entrance
Florham Park, New Jersey  07932
*Attorneys for Plaintiff*

David Abramovitz, Esq.
Zetlin & DeChiara LLP
801 Second Avenue
New York, New York  10017
*Attorneys for Defendant*
*Kohn Pedersen Fox Associates, P.C.*

# 493343u v1

- 7 -

# ERogers

**Microsoft Word – Document18**
**08/30/08   12:18 AM**



# EXHIBIT G

1

1

2  UNITED STATES DISTRICT COURT

   SOUTHERN DISTRICT OF NEW YORK

3  CASE NO.: 08-CV-6915 (DLC)

   ------------------------------------------x

4  TRAVELERS CASUALTY AND SURETY COMPANY

   as Administrator for RELIANCE INSURANCE

5  COMPANY,

6

7                      Plaintiff,

8     -against-

9

   DORMITORY AUTHORITY-STATE OF NEW YORK,

10  TDX CONSTRUCTION CORP. and KOHN PEDERSON

   FOX ASSOCIATES, P.C.,

11

12                     Defendants.

13        (CAPTION CONTINUED)

14  ------------------------------------------x

15                     August 12, 2008

                       10:00 a.m.

16

17

18          DEPOSITION of CRAIG NEGUS,

19  held at the offices of Holland & Knight,

20  195 Broadway, New York, New York, before Eileen

21  Mulvenna, CSR/RMR, Certified Shorthand Reporter,

22  Registered Merit Reporter and Notary Public of

23  the State of New York.

24

25

188

1          Craig Negus

2          MR. PLATEK:  "No idea."

3     A.      No, no idea.  I had no knowledge of

4 that.

5     Q.      Would your work then proceed

6 sequentially in time after the grinding process?

7 So in other words, if grinding was required, TDX

8 would perform that first and then the

9 underlayment would follow next?

10          MR. ZICHELLO:  Where?

11          MR. PLATEK:  Objection.

12          MR. FROESSEL:  Objection to form.

13          MR. PLATEK:  Do you mean in the same

14     area?

15          MS. BONACCI:  Right.

16     Q.      Let me clarify the question for you.

17          If grinding was occurring, would

18 there be a need for underlayment?  Do you

19 understand what I'm asking?  Does the grinding

20 bring the floor to tolerance such that you don't

21 follow with underlayment grind?

22          MR. SCHRECKINGER:  Objection.

23          THE WITNESS:  Do I --

24          MR. PLATEK:  You can answer if you

25     can.

189

Craig Negus

1    A.    To my knowledge, they were doing

2    their own thing.  Yes, it needed underlayment.

3    But I had nothing to do with it.  I wouldn't go

4    near it.

5    Q.    So in the areas where grinding was

6    occurring, then, do you know who placed

7    underlayment if it was required?

8    MR. ZICHELLO:  Objection to form.

9    A.    I do not know who did the

10   underlayment -- other than TDX.  I saw TDX later

11   on doing underlayment with a few bags of my

12   material, a few bags of Crocetti's material,

13   whatever they had.

14   Q.    Do you recall where you saw -- where

15   in the building physically you saw --

16   A.    1st floor lobby.

17   Q.    1st floor lobby.

18   And do you recall when that occurred

19   in time?

20   A.    No.  By that time, I was in the

21   basement.

22   Q.    When you say you were in the

23   basement, Bartec was performing its scope in the

24   basement?

190

1                      Craig Negus

2        A.        Working, right.

3                  MR. PLATEK:  He didn't mean he was

4         at the Hillary rally.

5                  (Discussion off the record.)

6        Q.        Other than the 1st floor lobby, do

7    you recall seeing TDX performing underlayment

8    work in -- other than the 1st floor lobby, do you

9    recall seeing TDX perform underlayment work

10   anywhere else in the building?

11       A.        No.  I would notice the difference

12   when I came in in the morning if I wasn't working

13   at night.  They did a lot of after-hour work.

14       Q.        TDX did a lot of after-hour work?

15                  And when you say you would notice

16   the difference, how would you notice the

17   difference?

18       A.        What they scarified was covered.

19                  MS. SMITH:  Could I just interrupt

20         for a second?  Is this just in the lobby

21         area, then?

22                  THE WITNESS:  No, all over.

23                  MS. SMITH:  All right.

24                  MS. BONACCI:  It's not clear?

25                  MS. SMITH:  No.

191

1                    Craig Negus
2                MS. BONACCI:  Okay.
3    BY MS. BONACCI:
4        Q.      You definitely saw them in the
5    1st floor lobby; right?
6        A.      Yes.
7        Q.      TDX performing its own underlayment
8    work?
9        A.      Yes.
10       Q.      And then you've indicated there's
11   additional times in the building where TDX
12   performed its own underlayment work; is that
13   accurate?
14            MR. PLATEK:  I don't think that's
15         what his testimony was, but I'll allow him
16         to answer the question.
17            MS. BONACCI:  Why thank you.
18       A.      I didn't do it.  Whoever else did
19   it, I don't know.
20       Q.      So there's underlayment work that
21   was performed that Bartec did not perform?
22       A.      Yes.
23       Q.      In areas beyond the 1st floor lobby?
24       A.      Yes.
25            MR. PLATEK:  And in areas that you

192

Craig Negus

1    had seen TDX scarifying.

2              THE WITNESS:  Yes.

3         Q.    When you saw TDX scarifying, can you

4    tell me what it was that they were doing, what

5    type of scarification.

6         A.    Cutting down high spots in the

7    floor.

8         Q.    With that Von Arx machine?

9         A.    Yes.

10             MR. PLATEK:  How do you spell that?

11             MS. RAICUS:  What is the name,

12        Varnak?

13             THE WITNESS:  It's V-O-N A-R-K

14        [sic].  And it's -- it's --

15             MR. PLATEK:  You answered the

16        question.  We all know.

17   BY MS. BONACCI:

18        Q.    Do you know which TDX employees -- I

19   know you indicated that it was under the

20   direction of Mr. Barrera, but which TDX employees

21   you saw in the 1st floor lobby performing the

22   underlayment work?

23        A.    Laborers from 79, my union.  And

24   John Green was the labor foreman.  Those are the

193

Craig Negus

1    only names I know.

2        Q.      When you indicated that TDX had used

3    some bags of your materials, would those have

4    been bags that were part of the bag count that

5    was proceeding under what's been marked as --

6        A.      No.

7        Q.      -- T75?

8        A.      No, I lost approximately 400 bags on

9    that job.

10       Q.      400 bags of material?

11       A.      Uh-huh.

12               MS. SMITH:  That was a yes?

13               THE WITNESS:  Yes.

14               MS. SMITH:  Thank you.

15       Q.      How did you come to that count?

16       A.      They disappeared.

17       Q.      Do you know at approximately what

18   point in time they disappeared?

19       A.      Slowly.

20       Q.      Was it around the same point in time

21   when you saw the work occurring on the 1st floor

22   lobby by TDX?

23       A.      I can't recall.

24       Q.      Did you happen to bring that to

294

1

2   STATE OF NEW YORK    )

3                        ss:

4   COUNTY OF NEW YORK   )

5

6            I, Eileen Mulvenna, Notary Public

7   within and for the State of New York, do hereby

8   certify:

9

10           That I reported the proceedings in

11  the within entitled matter, and that the within

12  transcript is a true record of said proceedings.

13

14           I further certify that I am not

15  related to any of the parties to the action by

16  blood or marriage, and that I am in no way

17  interested in the outcome of this matter.

18

19           IN WITNESS WHEREOF, I have hereunto

20  set my hand this 14th day of August, 2008.

21

22  *Eileen Mulvenna*
    ------------------------------

23           Eileen Mulvenna, CSR/RMR

24

25