```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
In Re:                                  :
                                        :
G.M. CROCETTI, INC.,                    :    Bankruptcy Case No.
                      Debtor.           :    07-10319 (BRL)
                                        :
                                        :
----------------------------------------:
                                        :
G.M. CROCETTI, INC.,                    :
                      Plaintiff,        :
                                        :    08 Civ. 6239 (DLC)
           -v-                          :
                                        :         ORDER
TRATAROS CONSTRUCTION, INC. and TRAVELERS:
CASUALTY AND SURETY COMPANY,            :
                      Defendants.       :
                                        :
                                        :
----------------------------------------:
                                        :
TRATAROS CONSTRUCTION, INC. and TRAVELERS:
CASUALTY AND SURETY COMPANY,            :
                 Third-Party Plaintiffs,:
                                        :
           -v-                          :
                                        :
DORMITORY AUTHORITY OF THE STATE OF NEW  :
YORK; TDX CONSTRUCTION CORP.; KOHN       :
PEDERSEN FOX ASSOCIATES, P.C.;           :
CAROLINA CASUALTY INSURANCE COMPANY;     :
BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR :
SPECIALTY CHEMICAL CORP. a/k/a DAYTON    :
SUPERIOR CORPORATION; ZURICH AMERICAN    :
INSURANCE COMPANY; ASSURANCE COMPANY OF  :
AMERICA; OHIO CASUALTY INSURANCE COMPANY;:
HARLEYSVILLE INSURANCE COMPANY OF NEW    :
JERSEY; JOHN DOES 1-20 and XYZ CORPS. 1- :
20,                                      :
                 Third-Party Defendants. :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/09

DENISE COTE, District Judge:

It is hereby

ORDERED that the schedule for filing dispositive motions in this case shall be the same as the schedule for dispositive motions in the related case, No. 07 Civ. 6915(DLC).  By June 5, 2009, counsel for Travelers Casualty and Surety Company and Trataros Construction, Inc. shall file a letter identifying which parties (other than Dayton Superior Corporation) will be filing summary judgment motions.  Any summary judgment motion must be filed by July 17, 2009.  Opposition is due August 7, 2009; replies are due August 14, 2009.  At the time any reply is filed, the moving party shall provide two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:    New York, New York
          May 6, 2009

                              _____
                                   DENISE COTE
                              United States District Judge